UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| SETH JASON, | : | VIOLATION: |
| | : | 18 U.S.C. § 115(a)(1)(A) |
| Defendant. | : | (Influencing Federal Official by |
| | : | Threatening Family Member) |
| | : | 18 U.S.C. § 115(a)(1)(B) |
| | : | (Influencing Federal Official by Threat) |
| | : | 18 U.S.C. § 875(c) |
| | : | (Interstate Communications with a Threat |
| | : | to Kidnap or Injure) |
| | : | 47 U.S.C. § 223(a)(1)(C) |
| | : | Anonymous Telecommunications |
| | : | Harassment |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about January 26, 2024, through January 8, 2025, in the District of Columbia, the defendant, **SETH JASON**, did repeatedly threaten to assault and murder the family members of Marjorie Taylor Greene, a United States Representative, with intent to impede, intimidate, and interfere with Representative Greene while she was engaged in the performance of official duties or in retaliation against Representative Greene for the performance of her official duties.

**(Influencing Federal Official by Threatening Family Member**, in violation of Title 18, United States Code, Section 115(a)(1)(A))

### COUNT TWO

From on or about October 11, 2023, through January 21, 2025, in the District of Columbia, the defendant, **SETH JASON**, did threaten to assault and murder Marjorie Taylor Greene, a United States

Representative, with intent to impede, intimidate, and interfere with Representative Greene while she was engaged in the performance of her official duties or in retaliation against Representative Greene for the performance of her official duties.

(**Influencing Federal Official by Threat**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

## COUNT THREE

From on or about October 11, 2023, through January 21, 2025, in the District of Columbia, the defendant, **SETH JASON**, knowingly and willfully did repeatedly transmit in interstate and foreign commerce, multiple telephone communications to United States Representative Marjorie Taylor Greene and the communications contained threats to kidnap or injure Representative Greene, including specifically that JASON would kill Representative Greene.

(**Interstate Communications with a Threat to Kidnap or Injure**, in violation of Title 18, United States Code, Section 875(c))

## COUNT FOUR

From on or about October 11, 2023, through January 21, 2025, in the District of Columbia, the defendant, **SETH JASON**, in interstate and foreign communications, made a repeated telephone calls without disclosing his identity and with the intent to annoy, abuse, threaten, and harass a person at the called number who received the communications.

(**Anonymous Telecommunications Harassment**, in violation of Title 47, United States Code, Section 223(a)(1)(C))

Jeanine Ferris Pirro
United States Attorney

*Gauri Gopal*

By:    Gauri Gopal
Chief, Federal Major Crimes

A TRUE BILL:

FOREPERSON.