AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11831932

**RECEIVED**
By USMS District of Columbia District Court at 4:48 pm, Jul 09, 2025

| | |
|---|---|
| United States of America<br>v.<br>**SETH JASON**<br><br>*Defendant* | Case: 1:25-cr-00191<br>Assigned To: Judge Sullivan, Emmet G.<br>Assign Date: 7/9/2025<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **SETH JASON**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 115(a)(1)(A) - Influencing Federal Official by Threatening Family Member
    18 U.S.C. § 115(a)(1)(B) - Influencing Federal Official by Threat
    18 U.S.C. § 875(c) - Interstate Communications with a Threat to Kidnap or Injure
    47 U.S.C. § 223(a)(1)(C) - Anonymous Telecommunications Harassment

Date:  07/09/2025

*Issuing officer's signature*

City and state:  Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/09/2025, and the person was arrested on *(date)* 07/17/2025
at *(city and state)* Washington DC

Date: 07/17/2025

*Arresting officer's signature*

Stephen H. Lave    DUSM
*Printed name and title*