IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SETH JASON | * | Criminal No.: 25-CR-191 |
| Defendant | * | |

\* \* \* \* \*

NOTICE OF ATTORNEY APPEARANCE

Please enter my appearance as counsel for the Defendant for purposes of the initial appearance and any detention hearing in the above captioned case.

MURPHY & PRICE, LLP

*/s/ J. Dennis Murphy, Jr.*
J. DENNIS MURPHY, JR.
1125 West Street, Suite 200
Annapolis, MD 21401
dennis@murphypricelaw.com
(410) 280-2500
USDCT Bar No.: 0007727

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2025, a copy of the foregoing was sent via CM/ECF to Travis Wolf, Esquire, counsel for the Government in the above captioned case.

*/s/ J. Dennis Murphy, Jr.*
J. DENNIS MURPHY, JR