

U.S. Department of Justice

Jeanine Ferris Pirro
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C.  20530*

July 23, 2025

**By ECF**
Dennis Murphy, Esq.
Murphy & Price, LLC
Dennis@MurphyPriceLaw.com

     Re: *United States v. Seth Jason*, **25-CR-191 (EGS)**

Dear Mr. Murphy:

I am writing to memorialize the discovery that has been produced to date.

On July 23, 2025, I shared the below-listed materials with you and your legal assistant, Colleen MacCutcheon, by USAfx.  Please let me know if you have any difficulty accessing the materials.

**AT&T Records**
 ATT records for 202.240.4381 04.19.24 (Dalton).zip
 ATT records for 202.240.4448 10.13.2023 - 1.08.25 (Dalton).zip
 ATT records for 202.240.4448 10.13.23 (Dalton).ZIP
 ATT records for 202.240.4458 01.21.25 (Dalton).ZIP
 ATT records for 202.920.4918 01.26.24 (Dalton).zip
 ATT Records for 202.920.4933 11.20.2023 (Dalton).zip

**MOI**
 MOI - JASON 6.30.25.docx
 MOI - JASON 6.30.25.pdf

**LEC**
 LEC - 1.21.25_Redacted.pdf
 LEC - 1.26.24_Redacted.pdf
 LEC - 1.8.25_Redacted.pdf
 LEC - 10.11.23_Redacted.pdf
 LEC - 10.13.23_Redacted.pdf
 LEC - 11.20.23_Redacted.pdf
 LEC - 3.12.24_Redacted.pdf

Dennis Murphy, Esq., p. 2
July 23, 2025

   LEC - 4.19.24_Redacted.pdf

**Residential Search Warrant**
   Affidavit in Support of Search Warrant_Redacted.pdf
   Residential Search Warrant for agents - signed.pdf
   signed 25-cr-191 JASON. SETH Arrest Warrant.pdf
   USCP ID Operational Plan - JASON v.10_Redacted.pdf

**ROI**
ROI - JASON, Seth 7.3.25_Redacted.pdf

**Voicemail Recordings**
   1.21.25.MP3
   1.26.24.MP3
   1.8.2025.MP3
   10.11.23.MP3
   10.13.23.MP3
   11.20.23.MP3
   3.12.24.MP3
   4.19.24.MP3

Sincerely,

*Travis Wolf*
Travis Wolf
Assistant United States Attorney