IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SETH JASON | * | Criminal No.: 25-CR-191 |
| Defendant | * | |

\* \* \* \* \*

## CONSENT TO TOLLING OF SPEEDY TRIAL CLOCK

Defendant, Seth Jason, hereby consents to the tolling of the speedy trial clock from July 23, 2025 to the next status conference on October 30, 2025 in the above captioned case.

_____
Seth Jason
Defendant


MURPHY & PRICE, LLP

_____
J. DENNIS MURPHY, JR.
Attorney for Defendant
1125 West Street, Suite 200
Annapolis, MD 21401
dennis@murphypricelaw.com
(410) 280-2500
USDCT Bar No.: 0007727

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2025, a copy of the foregoing was sent via CM/ECF to Travis Wolf, Esquire, counsel for the Government in the above captioned case.

J. DENNIS MURPHY, JR