IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| SETH JASON | * | Criminal No.: 25-CR-191 |
| Defendant | * | |

* * * * *

MOTION FOR PERMISSION TO TRAVEL

Defendant, Seth Jason, through undersigned counsel, respectfully requests an order granting him permission to travel as specified below and states as follows:

1. A condition of Defendant's pretrial release is that he obtain the Court's permission to travel anywhere outside of Maryland, Delaware or Virginia.

2. Defendant requests permission to travel from September 12, 2025 to September 16, 2025 to accompany his wife, Katherine Hilton, who is also his third party custodian for his pretrial release, for a work trip to her employer's headquarters in Saint Pauls, North Carolina. The trip is mandatory for her employment. They would stay at the Best Western Hotel located at 201 Jackson Court Lumberton NC 28358 during their visit.

3. Defendant's pretrial supervisor, Ms. Pamela Nieva from the U.S. Pretrial Services office in Greenbelt Maryland and Ms. Britney Dahlkoetter of U.S. Pretrial Services in the District of Columbia defer to the Court regarding this motion.

WHEREFORE, Defendant respectfully requests permission from this Honorable Court to travel to Saint Pauls, North Carolina from September 12 through September 15, 2025 with his third party custodian.

MURPHY & PRICE, LLP


_____/s/_____
J. DENNIS MURPHY, JR.
1125 West Street, Suite 200
Annapolis, MD 21401
dennis@murphypricelaw.com
(410) 280-2500
MD Federal Bar No.: 07727

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the date of the electronic filing of this submission a copy was served on all parties via CMECF.


_____/s/_____
J. Dennis Murphy, Jr.