UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:25-cr-00191 (EGS) |
| v. | : | |
| | : | |
| SETH JASON | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully responds to Defendant's motion for permission to travel. Defendant requests permission to accompany his third-party custodian for a work trip to her employer's headquarters in Saint Pauls, North Carolina. The Government would defer to the Court regarding permission to travel. If the Court grants the Defendant's motion, the Government would otherwise propose the following restriction in addition to the pretrial release conditions already in effect: that the Defendant be confined to the Best Western Hotel, located at 201 Jackson Court, Lumberton, NC 28358, and may only depart the hotel when accompanied by his third-party custodian.

1

        Respectfully submitted,

        Jeanine Ferris Pirro
        United States Attorney

By:    */s/ Travis Wolf*
        TRAVIS WOLF
        Assistant United States Attorney
        N.Y. Bar No. 5483243
        United States Attorney's Office
        601 D Street NW
        Washington, DC 20530
        (202) 803-1670
        Travis.Wolf@usdoj.gov