# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:25-cr-00191 (EGS) |
| v. : | |
| : | |
| SETH JASON : | |
| : | |
| Defendant. : | |

## UNITED STATES' RESPONSE TO DEFENDANT'S SECOND MOTION FOR PERMISSION TO TRAVEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully responds to Defendant's second motion for permission to travel. Defendant requests permission to accompany his third-party custodian to a family wedding in Freeport, Maine. In light of the fact that the Government's position that pretrial detention was appropriate here has already been considered and denied, the Government would defer to the Court regarding whether it is appropriate to grant Defendant's second request for permission to travel. If the Court is inclined to grant the Defendant's motion, the Government would otherwise propose the following restriction in addition to the pretrial release conditions already in effect: that the Defendant be confined to the Harraseeket Inn located at 162 Main Street, Freeport ME 04032, and may only depart the hotel when accompanied by his third-party custodian.

2

        Respectfully submitted,

        Jeanine Ferris Pirro
        United States Attorney

By:    */s/ Brendan M. Horan*
        Brendan M. Horan
        Special Assistant United States Attorney
        N.Y. Bar No. 5302294
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 730-6871
        Brendan.Horan@usdoj.gov