UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

SETH JASON,

Defendant.

Case No. 1:25-cr-00191 (EGS)

FILED
DEC 18 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### GOVERNMENT'S STATEMENT OF OFFENSES IN SUPPORT OF GUILTY PLEA

I. **Elements of the Offenses**

The essential elements of Count 3, Interstate Communications with a Threat to Kidnap or Injure (18 U.S.C. 875(c)), each of which the Government must prove beyond a reasonable doubt are:

1. Seth Jason knowingly transmitted a communication that the Defendant knew contained a threat to injure or kidnap the person of another;

2. That the communication was sent in interstate commerce;

3. The "threat" was a serious statement expressing an intent to injure or kidnap any person, which under the circumstances would cause apprehension in a reasonable person, as distinguished from mere idle or careless talk, exaggeration, or something said in a joking manner.

The essential elements of Count 4, Anonymous Telecommunications Harassment (47 U.S.C. § 223(a)(1)(C)), each of which the Government must prove beyond a reasonable doubt are:

1. Seth Jason knowingly made a telephone call or utilized a telecommunications device;

2. Seth Jason did not disclose his identity;

1

3. The call or use of the telecommunications device was made with intent to abuse, threaten, or harass any specific person; and

4. The telephone call was made in interstate commerce.

## II. Penalties for the Offense

The penalties for Count 3, in violation of 18 U.S.C. § 875(c), are as follows

- A maximum term of imprisonment of 5 years imprisonment;
- A fine not to exceed $250,000;
- A term of supervised release of not more than 3 years;
- A special assessment of $100.

The penalties for Count 4, in violation of 47 U.S.C. 223(a)(1)(C), are as follows:

- A maximum term of imprisonment of 2 years imprisonment;
- A fine not to exceed $250,000;
- A term of supervised release of not more than 1 year;
- A special assessment of $100.

## III. Factual Proffer

Had this case gone to trial, the Government's evidence would have proven the following:

On October 11, 2023, Seth Jason placed a call using phone number 202-920-4933, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, "*My friends would like to go to a Greenee rally because we have our AK-47s and we alls want to take them out on her because that's*

*what we need. One between the th- th- the eyes."*

On October 13, 2023, at 12:03 PM Seth Jason placed a call using phone number 202-240-4448, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, *"This is Kevin and my friends and I have followed her great advice about stocking up and stockpiling ammo. We have done that. And our next step is to come after Greenee and her offices and her staff and exercise our Second Amendment rights and take them all out."*

On November 20, 2023, at 1:31 PM, Seth Jason placed a call using phone number 202-920-4933, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, *"Hey, this is Kevin and we are looking forward to your book signing on December 2nd. Myself and my family are (unintelligible) well armed. And we're gonna take good care of you and your staff and make America better. Bam, bam."*

On January 26, 2024, at 2:59 PM, Seth Jason placed a call using phone number 202-920-4918, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, *"We are coming after you, your families, your staff families and we are locked and loaded. We are going to let you see what fear is like. We're going to take you all out."*

On March 12, 2024, at 1:30 PM, Seth Jason placed a call using phone number 202-240-4336, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW,

3

in the District of Columbia, to the Rome, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, "*Hi. My name is Ruben, and I just want to let the Greene people know me and my team, we are locked and loaded and were coming after you and your staff and your families with all of our weapons, we are going to express how mad we are at Greene and her team of racist Nazi followers, bam, bam.*"

On April 19, 2024, at 1:06 PM, Seth Jason placed a call using phone number 202-240-4381, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, "*We are coming after you, we are coming after your family, we are coming after your staff, we are coming after your staff's family. We are locked and loaded and we are takin you out you Nazi, you're antisemitic Nazi, and you all are going to pay the price.*"

On January 8, 2025, at 12:42 PM, Seth Jason placed a call using phone number 202-240-4448, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, "*Greene you will not see the inaugural, you'll be dead. Your family will be dead. Your staff will be dead. On the 20th, you'll all be dead. This will be the beginning of the revolt against you, you racist cunt.*"

On January 21, 2025, at 11:35 AM, Seth Jason placed a call using phone number 202-920-4458, a phone line at Voice of America headquarters, located at 330 Independence Avenue SW, in the District of Columbia, to the Dalton, Georgia District Office for Representative Marjorie Taylor-Greene. The call proceeded to voicemail. Seth Jason left a voicemail stating, "*You're as good as dead. You, your staff are as good as dead. Make your last will ready, because we are

4

*coming after you, and the only thing you're going to hear is bang, bang, bang, dead, dead. I can't wait. I'm yearning to hear you cry for your last breath. (Inaudible) to hear you cry for your last breath. We're going to kill you and your staff and staff's family."*

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/ *Travis Wolf*
Travis Wolf
Brendan Horan
Assistant United States Attorneys
N.Y. Bar No. 5483243 (Wolf)
N.Y. Bar No. 5302294 (Horan)
601 D Street NW
Washington, D.C. 20530
Travis.Wolf@usdoj.gov
Brendan.Horan@usdoj.gov
(202) 252-7803 (Wolf)
(202) 730-6871 (Horan)

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I have read every word of this Statement of the Offense and reviewed it with my attorney. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged.

Further, I have discussed with my attorney Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. I knowingly and voluntarily waive the rights that arise under these rules in the event that I withdraw my guilty plea, withdraw from my Plea Agreement **after signing it**, or breach my Plea Agreement. I understand that, in such instances, the Government will be free to use against me, directly and indirectly, in any criminal or civil proceeding, any statements I have provided pursuant to the Plea Agreement, **after it is signed**, or after entry of the Plea Agreement, including any statements I made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 12/17/2025

_____
Seth Jason

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it fully with my client. I concur in my client's desire to agree to this Statement of the Offense as true and accurate.

Further I have discussed with my client Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. I have discussed with my client that, **by signing the Plea Agreement**, my client waives the rights that arise under these rules in the event my client withdraws his guilty plea, withdraws from the Plea Agreement after signing it, or breaches the Plea Agreement.

Date: 12/17/2025

_____
Dennis Murphy, Esq.
Attorney for Defendant