To Whom It May Concern,

I am appalled to learn that an actual employee of the federal government at Voices Of America was using his office and resources, while being paid by American taxpayers, to make continued terrifying death threats to me and my family and my staff.

Not only that, he worked at a building that was located only a block from my office building in Rayburn during this extended time of extreme harassment and terrifying death threats.

Seth Jason did not just call and make one death threat, he made continuous death threats, which is deranged psychotic behavior.  It shows that he had a violent hateful obsession and how long before he acts on his murderous fantasies and death threats on me, my family, or my staff?

Seth Jason should be sentenced to the full extent of the law to protect me, my family, and my former staff.

There is no excuse for such extreme death threats and harassment ever to anyone.

Thank you.

Sincerely,

Marjorie Taylor Greene