**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| **v.** | \* | **REDACTED** |
| **SETH JASON** | \* | **Criminal No.: 25-CR-191** |
| **Defendant** | \* | |

\*    \*    \*    \*    \*

<u>**DEFENDANT'S SENTENCING MEMORANDUM**</u>

Defendant, Seth Jason, through undersigned counsel, respectfully submits this Memorandum for this Honorable Court's consideration in aid of sentencing. Defendant respectfully requests that, in light of the totality of the sentencing factors set forth in 18  U.S.C. § 3553, the Court consider a sentence to probation with an appropriate period of home confinement as a condition of probation.

I. INTRODUCTION

The Government, in its recommendation for a harsh sentence in this case, focuses primarily on the serious nature of the threats made in this case and ignores entirely many significant other factors including the fact that the threats were obviously a response to the outrageous hate speech attributed to the victim, who in addition to being a  congressional representative, was also a very well known celebrity whose hateful antisemetic speech was published nationally,  provoked considerable national condemnation, as well as justifiable outrage from Mr. Jason, who is a devout Jew. Counsel submits that any person of decency, Jewish or otherwise, would be outraged by the public antisemitic comments attributed to the victim which were clearly  the primary motivation for this offense.

Mr. Jason, by tendering a guilty plea to Counts 3 and 4, accepts that the hate speech attributed to the victim, as outrageous as it was, does not justify his behavior but defense counsel respectfully submits that the circumstances of this case involve substantial mitigating circumstances and that, when all of the sentencing factors are considered as required by law, a sentence far below the Government's recommendation is appropriate.

II. STATUTORY SENTENCING FACTORS

18 U.S.C. § 3553 sets forth the factors which the Court must consider in determining an appropriate sentence. Section 3553 (a) provides that the Court should impose a sentence sufficient, but not greater than necessary, to comply with the purposes of paragraph (2) thereof. Defense counsel respectfully addresses these statutory factors as follows:

1. THE NATURE AND CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT

A. THE NATURE AND CIRCUMSTANCES OF THE OFFENSE

The threats are concededly serious in nature. However, they clearly embrace the outrage to the despicable and widely published antisemetic statements widely attributed to the victim. It is noteworthy that the threats in this case make reference to the "Jewish Space Laser" statements attributed to the victim. It is therefore clear that the motivation for the Defendant's threats were these purported outrageous antsemitic statements. Exhibit A is the report of Dr. Neil Blumberg which fully documents that Mr. Jason's motivation for his offenses was outrage over the antisemetic hate speech widely attributed to the victim.

These purported public comments of the victim, that the California wild fires had been started by "Jewish space lasers", implied that these horrible fires had been caused by Jews. Over 400 people have died in these fires, over 30 them in the Los Angeles area alone. Property

damage caused by the fires has been estimated to be in the hundreds of billions of dollars. These purported comments essentially suggest that these "space lasers", operated by Jews, resulted in the felony murder of hundreds of people and the destruction of tens of thousands of homes. The threat messages themselves reference these purported outrageous comments. Additionally, Mr. Jason, in his interview to the police, essentially told them that these antisemetic "Jewish space laser" comments were the motivation for the threat messages. The Government, in its sentencing recommendation, clearly hopes that the Court will ignore entirely the fact that the threats in this case were made in response to outrageous antisemitic hate speech attributed to the victim in this case.

The statutory requirement to consider all of the "circumstances of the offense" requires the Court to consider the context in which the threats were made which substantially mitigates the offense in this case. These circumstances help explain how a model citizen, as clearly documented below, could be motivated by justifiable outrage to commit a crime like the one in this case. Again, these circumstances do not excuse the behavior in this case (thus the pleas of guilty) but they place the crimes in context and support a sentence substantially below the Government's sentencing recommendation.

B. THE HISTORY AND CHARACTERISTICS OF THE DEFENDANT

The letters submitted to the Court in Exhibit B make clear that Mr. Jason, aside from the commission of this offense, is a most peaceful and considerate person who has led a life of exemplary service to others. They make clear that he is generally a most kind and gentle person and that his behavior in this case, which was motivated by justifiable outrage over hate speech against Jews, was clearly inconsistent with his overall character.

Of note is that most or all of the letters were submitted by people who have known him for multiple decades. The fact that he could keep such meaningful relationships with so many people, over such an extensive period of time, speaks volumes of his true character. The letters document decades of extensive community service to cancer foundations, cat rescues services as well as his local police department. His service to his local police police department as a "reserve officer" was primarily in the nature of assisting the police with traffic management when necessary due to an unexpected traffic accident or a community event involving heavy traffic.

It is noteworthy that these people, who all gave statements independently, repeatedly use the same or similar words to describe his character. His wife Katherine ▮▮▮▮ describes his loving and kind nature and documents his life of extensive service to others. Jeanette ▮▮▮▮ described him as a very kind, compassionate, good-hearted and generous man. Jackson ▮▮▮▮ describes his good sense of humor, gentle nature, calming presence and as a good citizen, a spiritual person and a nonviolent kind man. Amy ▮▮▮▮ describes him as kind and helpful to others, documents his extensive community service and the respectful way that Mr. Jason and his wife Katherine treat each other. Dawn and Joe ▮▮▮▮ describe him as kind, peaceful, compassionate, welcoming, honest, supportive and dedicated to helping others.

Jan ▮▮▮▮, who has known him well for over 30 years, documents his kindness to people who have no way to benefit him, his dedication to serving others with love and commitment and that he is a person of integrity and honor. Gayle ▮▮▮▮ documents his kind, considerate, respectful nature and his dedication to his Jewish faith. Phylis ▮▮▮▮ likewise documents his commitment to his faith and describes him as one of the kindest, nicest, gentlest men she has ever known. His Rabbi, Ari ▮▮▮▮, who has known him for over 20 years,

4

documents his excellence of character, his service to his synagogue, particularly the Men's Club, and describes his honest, calm, quiet and gentle nature.

Stacie ███████████ who has known him for 35 years memorializes his enthusiasm for his work at the White House, the U.S. Capitol and elsewhere, the honor he displays for his deceased parents, his peaceful and generous nature, his community service to cancer, animals and his local police department. Ten additional people, Wendy ██████, Mimi ██████ Susan ██████ Pamila ███ Keri ████████, Anita ███████, Russell ██████ Daniel █████████, Susan ████████ and Kevin ██████, who also know Mr. Jason well from various aspects of his life of hard work and service to others, also document the same or similar traits of his character. These letters undeniably document that Mr. Jason is a kind and gentle person who has led an extraordinary life of service to others.

2. THE NEED FOR THE SENTENCE IMPOSED:

A. TO REFLECT THE SERIOUSNESS OF THE OFFENSE, TO PROMOTE RESPECT FOR THE LAW,  AND TO PROVIDE JUST PUNISHMENT FOR THE OFFENSE

Defense counsel respectfully submits that a sentence of significant imprisonment is not necessary to achieve this objective given the totality of circumstances in this case as outlined above  and that probation with a significant period of home confinement would be sufficient, but not greater, than necessary to achieve this objective.

B. TO PROVIDE ADEQUATE DETERRENCE TO CRIMINAL CONDUCT

Although it is true that a significant sentence to imprisonment can often serve as a deterrent to criminal misconduct generally, the harsh sentence recommended by the Government is excessive under the totality of the circumstances in this case.

C. TO PROTECT THE PUBLIC FROM FURTHER CRIMES OF THE
DEFENDANT

The last paragraph of Dr. Blumberg's report documents that the likelihood of Mr. Jason repeating the misconduct, given all of the circumstances, is low. Accordingly, a period of confinement is not necessary to address this statutory factor.

D. TO PROVIDE THE DEFENDANT WITH NEEDED EDUCATIONAL OR
VOCATIONAL TRAINING, MEDICAL CARE, OR OTHER CORRECTIONAL
TREATMENT IN THE MOST EFFECTIVE MANNER

This factor appears not to be relevant to this case given Mr. Jason's age and the psychiatric assessment of Dr. Blumberg at Exhibit A.

3. THE KINDS OF SENTENCES AVAILABLE

The Court of course has the option available of a period of imprisonment. However, in light of the mitigating circumstances involving the justifiable outrage that motivated the offense, combined with Defendant's documented life of extraordinary service, the documented low risk that the offense would be repeated, the Court could determine that a sentence involving home detention as a condition of probation is sufficient but not greater than necessary to achieve the sending goals set forth in the statute cited above. If the Court determines that a sentence to the Bureau of Prisons is necessary, the Defense would argue that any sentence that exceeded a year and a day would be unnecessary to achieve the factors set forth in the statute given the totality of the circumstances.

4. THE APPLICABLE SENTENCING GUIDELINES PROVISIONS

The final offense level of 17, with no criminal history, results in a sentencing guidelines range of 24 to 30 months imprisonment. This is due to the 6 point enhancement under 3A1.2(a)(1) and (2) for the victim being an "official victim", that is a member of congress. However,

application note 3 states that the 6 point enhancement applies if the threat was motivated by the official status of the victim. In this case, this is technically true given that a strict reading of the enhancement concededly makes the enhancement apply as a technical matter. However, in this case, the threats were partly motivated by the official status (calls to her office etc.) but were **primarily motivated** by the hate speech attributed to the victim who is a celebrity who happens to be a member of congress, which arguably exacerbates the justifiable outrage over the speech.

If the victim were a non-government celebrity, such as aHollywood actor, the situation would be, for all practical purposes, the same and the 6 point enhancement would not apply. The sentencing range would then be 8-14 months. It is noteworthy that Counts 1 and 2, alleging offenses under 18 U.S.C. § 115, which have been dismissed, require proof of the additional element that the victim was a government official **and** that the threat was made in response to some **official action or duty of the official**. Although charged, this element could not be proven in Mr. Jason's case because the Government could never persuade the Court, or a jury, that making racist hate speech is part of the legitimate official duties of a member of congress. This charge was therefore appropriately dismissed.

The 6 point sentencing enhancement routinely applies for convictions under 18 U.S.C. § 115, which has a 10 year maximum, because the offense of conviction requires proof of an official victim acting in the course of their duties. The 6 point enhancement for an official victim makes sense under convictions for this offense because an official victim is an element of the offense of conviction.

To the contrary, 6 point enhancement typically does not apply for convictions under 18 U.S.C. § 875 (c), the offense of conviction in Mr. Jason's case, because cases involving official

victims are typically prosecuted, under ordinary circumstances, under 18 U.S.C. § 115.

It is the Defense position, that although the 6 point enhancement technically applies because the victim is a member of congress, the full application of the enhancement is illogical under circumstances where the actual motivation for the offense is documented to be outrage over hate speech attributed to the public official. This is especially true where, as in this case, the offense under 18 U.S.C. § 115, where the 6 point sentencing enhancement typically applies, cannot be proven because making hate speech is not a legitimate official duty of a member of congress. The full application of the 6 point enhancement causes the illogical scenario where the government gets the benefit of a conviction under 18 U.S.C. § 115, which it cannot prove, where the enhancement typically applies.

Put another way, the full application of the 6 point sentencing enhancement under these circumstances significantly **overrepresents** the offense conduct in this case. If the Court agrees, the Court can remedy the overrepresentation by simply imposing a statutory sentence between 8 and 14 months, either to the Bureau of Prisons or as home confinement as a condition of probation as the Court deems most appropriate.

5. ANY PERTINENT POLICY STATEMENTS ISSUED BY THE SENTENCING COMMISSION

The defense is aware of no relevant policy statements.

6. THE NEED TO AVOID UNWARRANTED SENTENCING DISPARITIES AMONG DEFENDANTS WITH SIMILAR RECORDS WHO HAVE BEEN FOUND GUILTY OF SIMILAR CONDUCT.

For the reasons stated above, most cases involving convictions under 18 U.S.C. 875 (c), the primary offense of conviction in this case involving a guilty plea, have an offense level of 11 and a sentence between 8 and 14 months, or less for a person with no criminal history. The

Government's sentencing recommendation of 30 months is approximately 4 times the low end of the guidelines for most 875 (c) cases and double the high end of that guideline range. The Government's recommendation therefore results in a significant sentencing disparity and is clearly contrary to this sentencing factor.

The sentence recommended by the Government is also significantly over that ordinarily imposed for a conviction for 18 U.S.C. 115 which is charged in Counts 1 and 2, which are being dismissed, because most cases involve sentences within or somewhat under the guidelines, and not at the high end for convictions for that 10 year maximum offense.

The Defense position that the Court consider a sentence of home confinement as a condition of probation, or a year and a day if the Court determines that a Bureau of Prisons sentence is necessary, are both within the typical sentences imposed for convictions under 18 U.S.C. 875 (c), the offense of conviction in this case and would be consistent with this sentencing factor.

7. THE NEED TO PROVIDE RESTITUTION TO ANY VICTIMS OF THE OFFENSE

The Government has informed defense counsel and the Court that there is no restitution sought in this case.

III. CONCLUSION

Defendant respectfully submits that the weight of the statutory factors in this case, as discussed above and at the sentencing hearing in this case, weigh heavily in favor of a sentence of probation with a significant period of home confinement in this case.

MURPHY & PRICE, LLP


*/s/ J. Dennis Murphy, Jr.*

9

J. DENNIS MURPHY, JR.
1125 West Street, Suite 200
Annapolis, MD 21401
dennis@murphypricelaw.com
(410) 280-2500
USDCT Bar No.: 0007727

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2025, a copy of the foregoing was sent via CM/ECF to Travis Wolf, Esquire, counsel for the Government in the above captioned case.


*/s/ J. Dennis Murphy, Jr.*
J. DENNIS MURPHY, JR

## Neil Blumberg, M.D., LLC

Distinguished Life Fellow, American Psychiatric Association
Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Forensic Psychiatry

Suite 203 – The Padonia Building
201 West Padonia Road
Timonium, Maryland 21093

Telephone: 410-561-1156
Fax: 410-683-0332
email: neilblumbergmd@gmail.com

April 8, 2026

Dennis Murphy, Esquire
Murphy & Price, LLP
1125 West Street
Suite 200
Annapolis, Maryland  21401

Re:    United States of America v. Seth Jason
In the United States District Court
for the District of Columbia
Docket Number: 0090 1:25CR00191-001

Dear Mr. Murphy:

Pursuant to your request, I have completed my forensic psychiatric evaluation of Seth Jason, a sixty-five year old man, who has pleaded guilty to Interstate Communications with a Threat to Kidnap or Injure (Count 3) and Anonymous Telecommunications - Harassment (Count 4) that occurred in the District of Columbia between October 11, 2023 and January 21, 2025. The purpose of this evaluation is to provide information relevant to sentencing.

In order to address the above issue, I reviewed the following documents:

1.    Presentence Investigation Report, February 17, 2026;
2.    Plea Agreement, December 5, 2025;
3.    Voicemail Recordings of Defendant;
4.    Audio Interview of Defendant, June 30, 2025; and,
5.    Records from ▮▮▮▮▮▮ Counseling.

In addition to reviewing the above-noted materials, I examined Mr. Jason in my Timonium office on March 19, 2026 for three hours, after which I had him complete the Structured Inventory of Malingered Symptomatology (SIMS) that was interpreted by Michelle Widows, Ph.D., Glenn P. Smith, Ph.D. and PAR staff and the Personality Assessment Inventory (PAI) that was interpreted by Leslie Morey, Ph.D. and PAR staff. I also conducted a Zoom interview with Mr. Jason's wife, Katherine ▮▮▮▮ on March 27, 2026 for forty-five minutes.

At the onset of the evaluation, I advised Mr. Jason as to the nature and purpose of the evaluation, that I had been retained by his attorney) that we did not have a doctor-patient relationship, that the information we discussed would be used by me to prepare a report and possibly testify in his case and, therefore, the information discussed was not confidential. Mr. Jason understood this warning and consented to proceed with the evaluation.

Exhibit A

Page 2
April 8, 2026

To:    Dennis Murphy, Esquire
        Murphy & Price, LLP
Re:    United States of America v. Seth Jason
        In the United States District Court
         for the District of Columbia
        Docket Number: 0090 1:25CR00191-001

**FAMILY HISTORY:**

Seth Jason was born on ▇▇▇▇ 1961 and was sixty-five years old at the time of the evaluation. He lives at ▇▇▇▇▇▇, Edgewater, Maryland 21037 with his wife, Katherine ▇▇ who is sixty-six years old and who currently works for the ▇▇▇▇▇▇.

Mr. Jason noted that he and Katherine were married in 1997. They do not have children. Mr. Jason retired from Voice of America in May 2025, where he had been the TV studio supervisor prior to his retirement.

Both of Mr. Jason's parents are deceased. His father died in 2010, at the age of seventy-eight, as a result of pulmonary edema and congestive heart failure. He had worked as a pharmacist. His mother died on October 22, 2024, at the age of eighty-eight, as a result of multiple medical problems. She had worked as a clerk at the National Institutes of Health. Mr. Jason is the older of his parents' two children. His sister, ▇▇, is sixty, lives in North Carolina, is married with two children and is retired from the U.S. Department of Agriculture. Mr. Jason stated that there was no family history of psychiatric illness, alcoholism, drug abuse or incarceration.

**PAST PSYCHIATRIC HISTORY:**

Mr. Jason stated that prior to the current offenses, he had never received any formal mental health treatment. He noted that since the charges, he has been involved in Court-ordered therapy, currently with ▇▇▇▇, a Masters level licensed graduate psychological counselor at ▇▇▇▇ Counseling. He noted that he initially saw another therapist for several visits until that person left the practice and has been seeing ▇▇▇ every other week since August 2025. He noted that their sessions focus on his fear and anxiety following his arrest and his current activities.

According to the records from ▇▇▇ Counseling, the focus of his Court-ordered therapy is on anxiety from his current legal situation. The record indicated that there was no evidence of a personality disorder or substance-related disorder. He has been diagnosed with ▇▇▇▇▇▇ ▇▇▇▇▇▇ and no additional mental health diagnoses.

When asked about his use of alcohol, Mr. Jason stated that he will have one or two glasses of wine or beer per week. He acknowledged drinking somewhat more during his college years. He stated that he has never experienced an alcohol-related blackout, withdrawal tremors, withdrawal seizures or delirium tremens. He acknowledged trying marijuana several times in college and on one occasion put cocaine powder on his gums while he was in college. He stated that he has never used or abused any other illegal substances or prescription medications.

Page 3
April 8, 2026

To:    Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:    United States of America v. Seth Jason
       In the United States District Court
         for the District of Columbia
       Docket Number: 0090 1:25CR00191-001


## PAST MEDICAL HISTORY:

Mr. Jason was diagnosed with ███████████████ in 2010 for which he currently takes ████████████████., twice a day, and ████████████. per day. He has also been diagnosed with a ███████████████ in 2010 for which he takes ████████████. per day. He was diagnosed with an ██████████████████████ for which he currently takes ████████, ████████ per day. He also was diagnosed with ████████████████ for which he uses an ████████████ as needed and a ████████████████ twice a day.

Mr. Jason underwent surgery for a ███████████████ in 1979 and had ████████████████ on his ████████ in 2025. He wears glasses that have progressive lenses and reported having a concussion at the age of sixty-four after falling off a six-foot ladder.

Mr. Jason noted that he has been taking ████████████ ████████ for the past two years for insomnia and, since 2007, he has used ████████████████ when flying. He stated that he has never had a fracture, an episode of loss of consciousness, seizures, neurological infections, recurrent or persistent headaches, sexually transmitted diseases, HIV infection, hepatitis or tuberculosis.


## PAST LEGAL HISTORY:

Mr. Jason has never been arrested or charged with a crime, either as a juvenile or as an adult.


## PERSONAL HISTORY:

Mr. Jason was born on ████████ 1961 in Washington, D.C. He ████████████████████████ ████████████████. He grew up in Aspen Hill in Montgomery County, Maryland. He noted that he reached his developmental milestones at the appropriate times and never experienced persistent childhood bedwetting, firesetting, cruelty to animals or temper tantrums.

Mr. Jason was raised by both of his biological parents. He stated that he always had adequate food, clothing and shelter. He said that his father was a pharmacist, who owned his own pharmacy until it closed due to financial problems in the late 1960's. His father then worked fulltime for three different Giant pharmacies until 1972, when he then worked for one Giant pharmacy until 1998. At that point he began working part-time. He noted that his father fully retired in 2003 or 2004. Mr. Jason stated that he always had a good relationship with his father and that he would help his father at the pharmacy. He noted that his father made him think about his future and to focus on what would make him happy. Despite his father's employment, he noted that finances were always very tight.

Page 4
April 8, 2026

To:      Dennis Murphy, Esquire
         Murphy & Price, LLP
Re:      United States of America v. Seth Jason
         In the United States District Court
          for the District of Columbia
         Docket Number: 0090 1:25CR00191-001

Mr. Jason stated that he always had a loving and close relationship with his mother. He noted that she did not drive and recalled taking a bus with her to school when she began attending community college. He stated that she was not strict but provided structure. He noted that he was never physically, verbally, emotionally or sexually abused.

Mr. Jason stated that he got along with his sister when they were younger and had been very protective of her. Their relationship was poorer when he was in his teens, although since college they have been very close. He noted that he also has several long-term friendships with whom he remains close.

Mr. Jason attended Harmony Hills Elementary School for kindergarten through sixth grade, Parkland Junior High School for seventh through ninth grade and Peary High School for tenth through twelfth grade. He noted that he graduated in 1979. He stated that he did "okay," although he performed better in classes where he had eye contact from his teachers. He stated that he never had to repeat any grades, although he attended summer school for math following either eighth or ninth grade.

Mr. Jason next attended Montgomery College part-time from 1979 until June 1982 while working several different jobs. He noted that he did not obtain a degree but during this time began thinking about a career in theater.

Mr. Jason next attended the North Carolina School of the Arts in Winston-Salem, North Carolina from September 1982 until graduating in June 1986. He received a four-year diploma in theatrical production. He stated that he did very well, noting that this was a trade school for production. He said that he particularly enjoyed electronics.

During his school years, Mr. Jason was actively involved in a number of theater productions beginning in high school and continuing in college, as well as working in community theater. He also enjoyed working on cars. He stated that from junior high school through high school, he actively participated in duckpin bowling.

Mr. Jason stated he became interested in electrical work with theater in high school and during that time took a variety of tests in order to operate the electrical equipment. He was also actively involved in electrical work in different theater productions. When he was at Montgomery College, he took a theater class which peaked his interest in pursuing theater work as a career.

After obtaining his diploma in theatrical production in 1986, Mr. Jason worked at a playhouse in Ogunquit, Maine as an electrician. He then returned to Washington, D.C., where he joined Local 22, the International Alliance for Theatrical and Stage Employees. He stated that he worked on different productions as a stagehand. He noted that he later worked at City Lights, a theatrical lighting company. He noted they provided equipment to different theaters. He was a staff member from March 1987 until

Page 5
April 8, 2026

To:    Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:    United States of America v. Seth Jason
       In the United States District Court
        for the District of Columbia
       Docket Number: 0090 1:25CR00191-001

September 1991. He noted that he enjoyed his work which involved handling rentals, doing consulting and everything else dealing with theatrical lighting. He stated that he left City Lights after the company was sold.

Mr. Jason next had several moonlighting positions in TV lighting before becoming employed at TTF and Hals, a company that provided equipment for theaters and lighting for TV shows, which was located in Cockeysville, Maryland. He worked there between September 1991 and 1996 and lived in Cockeysville during that time. He noted that he left the company after it was sold.

Mr. Jason next worked at Piedmont Community College in North Carolina where he taught television technical production for eighteen months. During that time, he also freelanced doing work at the Washington, D.C. Capital Center, now known as Capital One Arena.

In 1997, he began working as the house electrician at the Capital Center. He stated that he and his wife had recently married and moved from Cockeysville to Silver Spring for his employment. He noted that he worked part-time at the Capital Center while also doing freelance work.

Mr. Jason stated that he began doing freelance work for Voice of America (VOA) as a contractor in 2004 or 2005 and was employed full-time with VOA in 2009. He remained at VOA until retiring on May 8, 2025. He noted that at first he was the lighting director and studio technician for television. In 2013 or 2014, he became the television studio supervisor which continued until he retired. In that position, he did scheduling for different studios, assisted at times in lighting and was involved in ordering equipment. He described the work as "great but stressful." He noted that sixty percent of his shows were live and that he had to deal with different time changes, as well as breaking news from other sources. The details of his employment during the time of the current offenses will be discussed later in this report.

Mr. Jason reached puberty at the age of twelve and began dating when he was seventeen. He noted that he had two serious relationships prior to his marriage. His first serious relationship was for three years between the ages of nineteen and twenty-two. He noted that the relationship ended when his girlfriend moved to Texas to attend school. His next serious relationship was with a woman between 1988 and 1990. He noted that they met in Washington, D.C. and that she was in theater. That relationship ended when she left to attend a Masters program in Illinois.

Mr. Jason met his wife, Katherine, in September 1993 when his friend, Tim, asked him to consult on a lighting event at the University of North Carolina stadium. At the show, he met Katherine, who was also working on the event. He stated that she put a paper with her name and phone number in his pocket, which he subsequently lost. Tim later asked why he hadn't contacted Katherine, at which point he acknowledged having lost the paper. He subsequently contacted her and they began seeing each other regularly. He noted that Katherine was living in North Carolina and working at UNC Television, while he was based in Maryland.

To:    Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:    United States of America v. Seth Jason
       In the United States District Court
        for the District of Columbia
       Docket Number: 0090 1:25CR00191-001

After Mr. Jason obtained his position at Piedmont Community College in 1996, they began living together. They married on November 8, 1997, at which point they moved to Silver Spring, Maryland while Mr. Jason was working at the Capital Center. He noted that Katherine subsequently obtained a job as a writer/editor, initially with the Department of Agriculture. She subsequently worked at PBS, the Middle River Conference Center and has had multiple jobs since then as a writer and editor. She continues to work at the Blind Cat Rescue and Sanctuary where she originally had been a volunteer.

Mr. Jason stated that his marriage to Katherine has been "great." He noted that they have never had a heated argument. Since both of them were in their thirties when they married and neither of them strongly desired to have children, they focused on their careers. He noted that they also have had two cats.

Mr. Jason noted that he was raised in Judaism and attends a Reformed Congregation, Temple ███ ███ in Arnold, Maryland. He stated that he was Bar Mitzvahed and celebrates the Jewish Holidays. Although his wife is Episcopalian, he noted that she sings in the synagogue's choir. Mr. Jason noted that he actively participates in the men's club but has never participated in any formal rallies, marches or other protests related to politics or antisemitism.

Katherine ███ confirmed Mr. Jason's report of their relationship. She described her husband as funny, personable and respectful. She noted that he enjoyed his job in production. She described him as a normal guy who is happy and loves people, noting that their personalities meshed well. She said that they initially lived in Silver Spring and were looking for houses when a colleague suggested Edgewater, Maryland, where he lived. They subsequently purchased a house in Edgewater and have lived there since.

Katherine stated that as their parents became older, they developed increasingly serious health problems which became a major focus of their attention. She stated that after Mr. Jason's father died, her own father died in 2018. She said that her mother refused to leave North Carolina and that when a problem emerged, she would have to travel there, which was stressful. She noted that Mr. Jason's mother began having increasing health issues with falling and multiple hospitalizations. She was living in Montgomery County, which was a considerable distance from them, although they were eventually able to move her to a nearby assisted living facility.

Katherine stated that since 2018 their stress level increased significantly due to their parents' health issues. She noted that Mr. Jason was very supportive of her and her handling of her own parents' deteriorating health. In particular, her mother died in 2023, which was extremely stressful for them, especially having to deal with the sale of her parents' house in North Carolina and the details of her estate.

Katherine stated that neither of them were active in national politics. She noted that Mr. Jason periodically worked at the White House and had previously met President Clinton and Barbara Bush. She noted that he often spoke about stress at work but enjoyed the people with whom he worked. She confirmed

To:   Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:   United States of America v. Seth Jason
       In the United States District Court
        for the District of Columbia
       Docket Number: 0090 1:25CR00191-001

that Mr. Jason often spoke about the difficulties at work from 2023 on, especially when DOGE began, followed by a plan for VOA to move which took up a great deal of his time but was then discontinued, followed by the closing of VOA. She stated that her husband felt frustrated and sad and when VOA was going to be canceled, he planned to retire. She stated that after retiring in May 2025, he began settling into that lifestyle. She noted that he continued to do volunteer work as a reserve police officer in Anne Arundel County.

Prior to Mr. Jason's arrest, Katherine stated that he never discussed his having made calls to Marjorie Taylor Greene and never outwardly voiced anything about Ms. Taylor Greene. She noted that Mr. Jason has never been violent to people, animals or anyone or anything. She said that there are no firearms in the home and that his major stresses were related to their parents' illnesses. She noted that both of them were very upset after the October 7, 2023 Hamas attack on Israel, although when he spoke about this situation "it wasn't rage-filled."

## HISTORY OF CURRENT OFFENSE:

According to the Presentence Investigation Report, between October 11, 2023 and January 21, 2025, Mr. Jason made threatening calls to Representative Marjorie Taylor Greene at her two offices in Georgia. He was arrested on July 17, 2025, released on bond on July 18, 2025 and on December 18, 2025 pleaded guilty to Interstate Communications with a Threat to Kidnap or Injure (Count 3) and Anonymous Telecommunications - Harassment (Count 4). Mr. Jason made eight calls to Ms. Greene's offices, all of them lasting for less than one minute. He made threats to Ms. Greene, her family and her staff.

During his interview with Special Agent Cole in his home on June 30, 2025, Mr. Jason eventually acknowledged that he made the calls that he was accused of making. He acknowledged that it was his voice but he denied having a specific memory of the calls. He told Special Agent Cole that he had been experiencing increasing stress at VOA for the past several years and regrets what he did. He stated that he was frustrated with the negativity about what Ms. Taylor Greene had said and was especially livid about her speaking about Jewish space lasers. He said that he had no plan to act on his threats and now feels terrified, sick and embarrassed.

According to various news reports, Ms. Greene was elected to Congress from the State of Georgia on November 3, 2020 and took office on January 3, 2021. She eventually resigned on January 5, 2026. Prior to being elected, she began making a variety of antisemitic and conspiratory comments on Facebook, X and in person. In a November 2018 Facebook post, she wrote that the devastating campfire in California might have been caused by "space solar generators" beaming the sun's energy back to earth and suggested this clean energy project was linked to the Rothschild family and Pacific Gas and Electric. In 2018, she also wrote about "Zionist supremacists plotting to replace white European society with immigrants," which was the core of "the great replacement theory." She blamed Rothschild, Inc. as being involved in a project that

Page 8
April 8, 2026

To:     Dennis Murphy, Esquire
        Murphy & Price, LLP
Re:     United States of America v. Seth Jason
        In the United States District Court
         for the District of Columbia
        Docket Number: 0090 1:25CR00191-001

used space-based technology to start California wildfires for financial gain. She frequently targeted George Soros, claiming that he was a Nazi who turned on his own people and was the "father" of social justice movements and "woke" culture.

In 2018, Ms. Taylor Green reportedly agreed that the Sandy Hook Elementary School and Marjorie Stoneman Douglas High School shootings were "false flags" staged to promote stricter gun control laws. She also claimed that she was told that Nancy Pelosi and Hillary Clinton needed "another school shooting" to persuade the public to support gun control. In 2019, she confronted and harangued a Parkland shooting survivor as a coward and accused him of being funded by George Soros.

In 2021, Ms. Taylor Greene was removed from her House committee assignments as a result of her offensive comments. In 2022, she referred to President Biden as "Nazi Joe" and showed a doctored video of him appearing in front of swastikas with the audio of Adolf Hitler in the background. She often spoke about globalists and neocons "destroying America" and referred to "the deep state," a secret cabal of elites controlling the government.

Continuing after 2023, Ms. Greene reportedly continued to make comments about globalists' conspiracy theories. In May 2024, she was one of a few Republicans to vote against the Antisemitism Awareness Act and in October 2024, following Hurricane Helene, she posted on X, "Yes, they can control the weather. It is ridiculous for anyone to lie and say it can't be done." Between 2024 and 2025, she continued to target George Soros, accusing him of funding "hordes of minorities" to "destroy America," and referring to him as the "enemy of the people" and a "puppet master." In 2021, she reportedly compared wearing masks and the vaccine requirements during COVID-19 to persecution of Jews by the Nazis.

When asked about his involvement in the current offense, Mr. Jason said that "2023 was a difficult year. My mother lived at Leisure World and I lived in Annapolis. She was getting hospitalized every three weeks with a urinary tract infection and eventually we moved her to five minutes away from us in March 2023." Although she was closer and he could see her more often, he noted that she was in a wheelchair and over time the frequency of her urinary tract infections increased, resulting in her being placed on various medications and experiencing episodes of delirium. She eventually died as a result of those complications on October 22, 2024.

Mr. Jason also reported experiencing considerable stress beginning in 2022 as a result of the deteriorating health in his mother-in-law, who was living in North Carolina. Shortly before her death, she had fallen and hit her head while being alone. She had refused to move to Maryland and died four to six weeks after the fall. Mr. Jason also acknowledged that during this timeframe the death of their cat, Marla, who was blind, was very stressful and upsetting.

Mr. Jason stated that he and his mother and wife were outraged by the Hamas attacks on Jews in Israel on October 7, 2023. "There were lots of negative things being said about Jews. I was aware that

Page 9
April 8, 2026

To:     Dennis Murphy, Esquire
        Murphy & Price, LLP
Re:     United States of America v. Seth Jason
        In the United States District Court
         for the District of Columbia
        Docket Number: 0090 1:25CR00191-001

Marjorie Taylor Greene had made many comments about Jewish space lasers causing the California fires back in 2018 or 2019 but she wasn't a political official then. After she became a Representative, she continued to talk about Jewish space lasers and I was outraged by her comments. She was also denying the Sandy Hook shootings, claiming it was a Democratic plot and it never happened. I couldn't believe that a politician would say this." He stated that she continued making different antisemitic comments and became aware that she also commented how children were programmed by their parents to be gay. "I never heard of comments like this by a politician. I got upset about the things she repeatedly said. I was also upset that my mother was increasingly upset by her comments."

        "I just got fed up. I'm not sure about the last incident but I was at work, I was having lots of stress and I was thinking, 'Why are you attacking Jewish people?'"

        Mr. Jason's first call to Ms. Taylor Greene was on October 11, 2023, shortly after the Hamas attacks. He said that he was unsure how he felt after the call but acknowledged making another call two days later. He said that he used work phones in an isolated area and that most of the comments that he heard about Ms. Taylor Greene were when he was at work. He said he didn't recall if he thought about the calls being traced. "I was just so frustrated with the antisemitism and Sandy Hook. I didn't focus on whether it was wrong or if I'd get in trouble. I didn't tell my wife because I knew she would be upset."

        Mr. Jason stated, "I just wanted her to stop saying it. I didn't have a plan to actually harm her but I hoped she got the message and would stop or apologize. I was angry and frustrated. Nobody told her that she was wrong and to stop doing it. I hoped she would be scared and stop saying antisemitic things."

        Mr. Jason also noted that in August 2024 at work they were having discussions about moving to a new building in Washington, D.C. It was his job to figure out how they would get all new equipment. In December 2024, he was informed that Ricki Lake would become the new director under President Trump. At that time, he also learned that there was not going to be a move to a different building after he had spent considerable time planning to make the move. He also learned that two of his bosses retired and that there was not going to be any further opportunity for advancement.

        Mr. Jason's final call was shortly after the inauguration. After President Trump took office and DOGE happened, he noted that the Federal workforce was being significantly reduced. On March 14, 2025, he recalled that President Trump announced that VOA was to close immediately. He said that he was locked out of his e-mail and, as a result, decided to retire. His last day of work was March 14, 2025 and he retired on May 8, 2025.

Page 10
April 8, 2026

To:    Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:    United States of America v. Seth Jason
       In the United States District Court
         for the District of Columbia
       Docket Number: 0090 1:25CR00191-001

## MENTAL STATUS EXAMINATION:

Seth Jason is a sixty-five year old, Caucasian man, who looked his stated height of five feet, eight inches and weight of 195 pounds. He was casually dressed, wore glasses and had gray hair with a beard and mustache. He noted that his left ear had been pierced but has been closed for years. He stated that he does not have any tattoos.

During the evaluation, Mr. Jason was pleasant and cooperative and responded to all questions asked of him. He did not display any abnormal behaviors, tics or mannerisms. His speech was coherent, relevant and goal-directed, showing an adequate comprehension of questions. There were no abnormalities to the rate, rhythm or volume of his speech. However, he was quite chatty throughout the interview.

Mr. Jason denied currently experiencing any clinically significant depression or anxiety. He did not demonstrate any inappropriate affect. He reported that he is sleeping adequately, that his appetite is good and that his energy level is fine. He noted that his weight has been stable and he did not demonstrate any difficulties with attention or concentration.

Thought processes revealed no evidence of looseness of associations, tangentiality or circum-stantiality. Thought content was devoid of delusions, hallucinations, ideas of reference or other phenomena suggestive of a psychosis. He noted that he has not experienced any suicidal or homicidal ideation. He acknowledged being quite remorseful for his conduct and said, "I should have ignored it or turned off the TV or just laughed."

Mr. Jason is left-handed and appeared to be functioning above average intellectually. He was alert and oriented to time, person, place and situation and other than his hazy recollection for the specific threatening phone calls that he made, did not appear to have any clinically significant impairment in his immediate recall, short-term memory or long-term memory.

Mr. Jason noted that he has always done a lot of volunteer work. He stated that he had been a reserve officer for the Anne Arundel County Police for 8½ years until he was arrested for the current offense. He has also actively volunteered for the Blind Cat Rescue and Sanctuary ███████████. He noted that he has worked in the White House and has never had any negative comments about his work performance. He also acknowledged that seeing both of his parents die in front of him was quite upsetting, as well as seeing them both slowly fading. He acknowledged still missing both of them.

Overall, the mental status examination does not reveal evidence of clinically significant depression, anxiety, psychosis or cognitive impairment. He acknowledged experiencing considerable stress prior to, at the time of and following his arrest for the current offenses. He expressed considerable remorse for his

Page 11
April 8, 2026

To:    Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:    United States of America v. Seth Jason
       In the United States District Court
        for the District of Columbia
       Docket Number: 0090 1:25CR00191-001

conduct which was highly out of character for him. He also did not demonstrate any evidence of a Personality Disorder or psychopathy.

**PSYCHOLOGICAL TESTING:**

Mr. Jason's performance on the SIMS and PAI revealed no evidence of exaggeration or malingering. The PAI profile was somewhat defensive and revealed no elevations that should be considered to indicate the presence of clinical psychopathology.

**ASSESSMENT:**

Seth Jason is a sixty-five year old man, who has pleaded guilty to Interstate Communications with a Threat to Kidnap or Injure and Anonymous Telecommunications - Harassment in offenses that occurred between October 11, 2023 and January 21, 2025 in the District of Columbia. He was referred for a forensic psychiatric evaluation to provide information relevant to sentencing.

Mr. Jason was the older of his parents' two children. He was born in D.C. and grew up in the Aspen Hill area of Montgomery County, Maryland. He was raised by both parents, always had adequate food, clothing and shelter, and described a positive relationship with both parents, as well as his sister. He did adequately in school and eventually attended the North Carolina School of the Arts in Winston-Salem, North Carolina, where he obtained a four-year diploma in theatrical production. He continued to work in this area and was most recently employed at the Voice of America from 2001 until retiring on May 8, 2025.

Mr. Jason did not receive formal mental health treatment prior to the current offenses. He has been receiving treatment for ███████████████████████████████ for a number of years and his medical condition remains stable. He had never been arrested or charged with a crime prior to the current offenses.

Mr. Jason has been married since 1997. He and his wife have never been separated and both described having a very close and mutually supportive relationship.

Preceding his involvement in the threatening calls that he made to the office of Representative Marjorie Taylor Greene, Mr. Jason was experiencing a number of significant stresses. Both his mother and his mother-in-law were experiencing a significant decline in their health which became a primary focus for both Mr. Jason and his wife. His mother-in-law died in 2023 and his mother on October 22, 2024. Although Mr. Jason was aware of the writings and comments by Representative Taylor Greene, especially as it relates to her antisemitic beliefs and conspiracy theories, it was not until the October 7, 2023 Hamas massacre of over 1,200 Israelis that he became extremely distressed, angry and preoccupied with Representative Taylor

Page 12
April 8, 2026

To:    Dennis Murphy, Esquire
       Murphy & Price, LLP
Re:    United States of America v. Seth Jason
       In the United States District Court
         for the District of Columbia
       Docket Number: 0090 1:25CR00191-001

Greene's overt antisemitism. It was in the context of the massacre on October 7th, the declining health and ultimate death of his mother and mother-in-law, and his awareness of the ongoing writings and comments by Representative Taylor Greene that he made the phone threats in the hopes that she would stop making her overt antisemitic and conspiratorial comments. He denied having any intent to physically harm her, did not have any firearms at home and had no history of criminality or violence. His last call occurred shortly after President Trump's inauguration.

As a result of my forensic psychiatric evaluation, it is my opinion, to a reasonable degree of medical certainty, that, at the time of the current offenses, Seth Jason was suffering from ███████████████████ ████████████████████████████████████████████████████████████████ The stresses of his mother's illness and ultimate death, the illness and death of his mother-in-law, the Hamas massacre of Israeli Jews on October 7, 2023 and Representative Taylor Greene's continuing antisemitic and conspiracy-laden theories led to Mr. Jason experiencing considerable anger and frustration, along with feeling particularly helpless to do anything about those situations. In my opinion, he displaced his family-related feelings of anger, frustration and helpless onto the actions of Ms. Taylor Greene, resulting in his threatening phone calls. The calls to Representative Taylor Greene were completely out of character for him and at the time of the offenses led to his experiencing some level of relief from his intense feelings of helplessness and hopelessness by having some control over this aspect of his life.

Based upon my clinical interview, psychological testing and review of records, I did not find evidence to suggest that Seth Jason is suffering from a serious mental illness, cognitive impairment or antisocial personality features. He has no prior history of alcohol or drug abuse, has always been employed, is involved in a long-term stable marital relationship and has never had any prior run-ins with the criminal justice system, all factors suggesting a low risk for future violence.

As a result of my forensic psychiatric evaluation, it is my opinion, to a reasonable degree of medical certainty, that Seth Jason will benefit from continued involvement in individual psychotherapy that will hopefully begin to focus on the events that led to his involvement in the current offenses. It is my further opinion, to a reasonable degree of medical certainty, that Mr. Jason is at a low risk for engaging in violent behavior and at a low risk for re-offending if allowed to be given supervised release. As noted previously, he appears to be genuinely remorseful for his involvement in the current offenses.

Respectfully submitted,

*Neil Blumberg, MD*

Neil Blumberg, M.D., D.L.F.A.P.A.

NB:esp

Dear Judge Sullivan,

I've known Seth for 33 years and we've been together for 32 of them.  We were married in 1997.

In all my years as Seth's wife, I have known him to be a moral, trustworthy, steady, caring, peaceful, non-violent, honest and helpful person.  His first instinct in any situation is to ask how he can help. In our years together, I have seen him happily devote countless volunteer hours to:

- Fundraising walks to end breast cancer for the Avon Foundation, Brielle Grace Breast Cancer Foundation and Pledge the Pink (for which he was named volunteer of the year in 2005 by Food and Friends and the Avon Foundation)
- Walks for The Heart Association and The American Cancer Society
- Setting up and providing electrician services for the annual Police Week events in Washington DC through 2015 (for which he was made a lifetime member of the Fraternal Order of Police, DC Lodge, in 2006)
- Assisting the Anne Arundel County Police as a reserve officer for almost a decade (putting himself in danger during severe weather and directing traffic at accident scenes), and was chosen 2022 Anne Arundel Southern District Police Community Relation Council's Reserve Officer of the year and in 2023 was named Anne Arundel County Police Department's Reserve Officer of the Year)
- Supporting the efforts of Blind Cat Rescue & Sanctuary (North Carolina) since 2012
- Participating in services and events at Temple ███████████ (Arnold, MD) including those of the Men's Group
- Offering his theater lighting experience to bring needed lights to ████████ Episcopal Church in Annapolis
- Greeting newly arrived passengers at the BWI Information station
- Assisting Live Arts Maryland (a performing arts group in Annapolis) as a stage manager and fundraising event assistant
- Serving as a volunteer driver for cats and dogs going to new homes for Imagine Home and Kindred Hearts transport services
- Leading the Combined Federal Campaign efforts for his division at Voice of America from 2010-2014.

This extensive list doesn't include the small things he does every day for friends and neighbors, like mowing the yard for several months while a neighbor recovered from surgery, caring and feeding a neighbor's aging dog during the day while she worked in Washington DC, donating food to drives at both Temple ████████████ and ██████████ Episcopal Church, and calling one of his mother's best friends weekly to check on her, and the list goes on.

He was a very devoted son to his mother and father and son-in-law to my parents in North Carolina (all deceased).  Through their aging years, illnesses and deaths he was a constant

Exhibit B

caring presence for them and to me, always going the extra mile to make sure our parents had what they needed.

Seth never met a stranger and treats everyone with the same level of kindness and consideration.  He is not and never has been violent nor is he a threat to anyone.

As you consider a sentence for him, I hope that you will take into consideration his years of community care and volunteerism, his lack of any past criminal record and the immense love and support that comes from is family and dear friends.

Sincerely,

Katherine ███

3/17/26

I first met Seth Jason in 2015 at the Avon Breast Cancer Walk. I was carrying a sign with my cat's photo (she had breast cancer) and Seth wanted to hear her story. We quickly found that we had many things in common, breast cancer walks, a love of cats, and experience with blind cats.

I soon learned that Seth was a fixture at Avon Breast Cancer walks and was well-known as the walk's most committed cheerleader. As "MooCow Guy" he tirelessly cheered us on and magically appeared at every rest stop of the 39-mile walk. Over the years he generously donated his time and energy at many Avon breast cancer walks and was a beloved inspiration to thousands of walkers.

Over the ensuing years, Seth and I developed our friendship primarily on social media and I was always happy to see him and spend time with him at breast cancer walks. In 2023 the walk was near Blind Cat Sanctuary in St. Pauls, North Carolina, an organization I have supported for many years, even before I knew Seth. He is also a supporter and has volunteered countless hours at the shelter. He met a few friends and I there and gave us a guided tour then returned to Oak Island with us for the Pledge the Pink breast cancer walk where he donned his cow suit and cheered us on.

Seth has also been extremely supportive of my efforts to raise awareness and funding for feline breast cancer research, taking "Flat Sugar" on many vacations and work trips.

I have always known Seth to be a very kind, compassionate, good-hearted and generous man and I've seen these characteristics demonstrated in his commitment to causes he believes in. He has truly shown up as a volunteer over the many years I have known him and is someone I've known I could depend upon to support me in my efforts in the feline loving community.

Kind regards,

Jeanette ██████

March 16, 2026

Mr. Dennis Murphy
c/o dennis@murphypricelaw.com

Dear Mr. Murphy,

I write this letter to give my wholehearted support for Mr. Seth Jason.

I have known and worked very closely with Mr. Jason for over 20 years, under challenging conditions that expose a person's character, attitude, and ability to handle stress.

I have produced over forty nationally televised concerts from both inside the White House and the White House grounds; spanning the terms of eight Presidents. For these, Mr. Jason was responsible for the complex tasks of loading in and erecting the truckloads of lights, cables and trusses required to light the various locations.

These productions took on average four days and nights to set up while official White House business carried on as usual. Mr. Jason would often be working late into the night under hard deadlines while the First Family slept just above.
Please note that all of us, including Mr. Jason, were thoroughly vetted by the Secret Service before being allowed access to the White House.

The long hours, hard physical labor, and heavy deadline pressures naturally affected our production staff and crew, which numbered over 200 people. It is important to note that Mr. Jason was always the calming presence, the person to whom you went if personnel problems arose. With his sense of humor, gentle nature, and honest caring, he would defuse the situation.

I know Mr. Jason intimately, having worked under exhausting conditions with him for decades. By anybody's definition, Seth Jason is a good citizen, a spiritual person, and a non-violent and kind man. He is not a danger to anybody.

Please let me know if I should include more details about, or experiences with, Mr. Jason.

Thank you for your efforts,
Jackson

Dear Mr. Murphy,

We write this letter to describe our experience of the character of Seth Jason.

We met Seth for the first time about 15 years ago when we served as Rector (head priest) and Associate Rector of ▉▉▉▉ Episcopal Church in Annapolis, Maryland. We met Seth's wife, Katherine, first, because she was (and remains) a parishioner at ▉▉▉▉ Church. However, even if we hadn't met Katherine, we would have soon met Seth because of his volunteer work on behalf of the choral programs that took place in our parish. We had also heard of Seth before meeting him, not only through Katherine, but also through other parishioners who wanted us to know that Seth was responsible for the gift of lighting the parish had received prior to our arrival there. Seth's work on behalf of a television series that filmed some footage for an episode resulted in the donation of the lighting to the parish.

Soon after we met Seth and Katherine, they invited us to their home and we began a friendship that continues to this day. While we have since moved from the area, our remaining in touch with them has been important to us.

Seth and Katherine are two of the kindest people we know. Focusing on Seth, we have experienced and seen examples of his being helpful to others, generous with his time and energy in ways that others find inspiring. Specific examples we know of are his dedication (mentioned above) to helping the Chorale in its performances at ▉▉▉▉ Church and ▉ ▉▉▉▉ Church directly, his work as a volunteer with the 3-Day walks for breast cancer, his work volunteering for the Blind Cat Rescue, and his volunteer work with the Anne Arundel County Reserve Officers. Seth's delight in doing what he could to help others was always apparent. However, his attitude was never pride in himself for what he was doing. Rather, he consistently displayed humility and expressed the attitude of "this is just what people do."

On a more personal note, as clergy, becoming friends and maintaining a healthy friendship with parishioners and their families can be a difficult thing. Clergy have to maintain good boundaries by, for example, not discussing other people, their concerns, or anything about work that violates confidentiality, and their non-clergy friends need to be comfortable with those boundaries. In a community in which friendship with clergy may be seen as something bringing someone some sense of higher status or opening a door to some favor (e.g., providing the services of the clergy or of the church), clergy need to exercise caution about the potential friends' motives. With Seth and Katherine, our friendship was established and grew easily. We could share our mutual enjoyment of one another's company without worrying about ulterior motives. We enjoyed Seth's easy-going sense of humor and hospitality. Their home was peaceful and to spend time with them was relaxing and enjoyable. It was nice to spend time with a couple who treated one another with respect and whose affection for each other was genuine. They appreciated and supported each other's ways of giving to the community as well as enjoying each other's company. It was a gift to continue and deepen our friendship after our time of service at ▉▉▉▉ came to its conclusion.

We benefited from Seth and Katherine's hospitality and friendship in a particular way when, during the Covid-19 pandemic, we had to return to Annapolis for some medical treatment unavailable where we were living at the time (outside of the US). Seth arranged with a neighbor who was away for us to stay at the neighbors' house, and then also found a place where we could get the required Covid tests done in order to be able to return home. It was a relief and a comfort to receive this kindness in a stressful time. When speaking with the neighbor whose home we stayed in, it was wonderful to hear how much Seth and Katherine meant to these neighbors. They saw themselves as simply extending the sort of hospitality and help Seth and Katherine do.

If you have questions or require any additional information, we would be happy to provide it. Our address and phone number are provided below.

Yours, sincerely,
Amy ███████ and Joseph ███████

March 15, 2026

Dear Mr. Murphy,

My name is Dawn ▇▇▇, and I have known Seth for approximately eleven years. I first met Seth in New York City when we were both participating in the Avon39 Walk for Breast Cancer. I myself was just diagnosed and just finishing up chemo. I was struggling when I came upon meeting Seth. The Walk was very trying and hard on my body. I was struggling and limping. His smile & jokes lifted my spirits to continue. During the event, Seth stood along many different mile markers dressed in a cow costume, cheering on walkers as they passed by. At a point in the walk when many of us felt we had nothing left in our tanks and questioned whether we could continue, Seth was there smiling, encouraging everyone who passed. He would walk alongside participants for a bit, lifting their spirits and reminding them they could keep going. His joyful presence was something everyone looked forward to. People would often ask, "Have you seen the Moo Cow Guy?" and if someone had, they would tell others where he was so they could experience the same encouragement and positivity he brought.

In the years I have known Seth, I have consistently experienced him as a kind, peaceful, compassionate, and deeply thoughtful person. He is someone who naturally puts others before himself and goes out of his way to make people feel welcomed, supported, and valued. Seth has a gentle spirit and a warm personality that brings people together. He is honest, family-oriented, and someone who genuinely cares about the well-being of those around him.

During the COVID pandemic, when many of us were struggling emotionally with isolation and uncertainty, I began hosting a weekly trivia night every Saturday evening to help keep friends connected.

Seth and his wife Katherine joined regularly. At the end of every round, Seth would always be ready with one of his famously corny jokes. Those jokes became something everyone looked forward to, and his humor helped keep the group smiling and laughing during a very difficult time. Seth has a natural ability to bring joy to people even in challenging circumstances. He even sent us Maryland Crab Cakes since he was from Maryland so we could experience the joy in a crabcake!

Seth has also shown his generosity through actions. I run a breast cancer charity, and during one particularly hot event day—temperatures close to 90 degrees—I was extremely short staffed. Seth unexpectedly drove four hours to come help volunteer at the event. He simply showed up ready to work wherever he was needed. That moment spoke volumes about his character. Seth is a man of his word and someone who steps forward to help without hesitation.

Over the many years of friendship, Seth has consistently shown himself to be compassionate, supportive, and dedicated to helping others. My husband Joe and I feel incredibly fortunate to have him as a friend. He is truly one of the kindest people we know.

Sincerely,

Dawn & Joe ███

March 15, 2026

Dear Mr. Dennis Murphy,

My name is Jan ████████ and I have known Seth Jason since approximately 1994. The reason for "approximately" is that my husband Gary and I were originally friends with his sister Julie and brother in law Michael as we were team mates on the Jewish Community Center volleyball co-ed league. My first memory of meeting Julie's extended family (her parents, and Seth and Katherine) was at Michael and Julie's daughter Hannah's 2nd birthday party.  Seth has been a constant presence in our lives as we have celebrated most every milestone (baby naming, bat-mitzvahs, birthdays, & sadly, funerals and shiva) and just good ole cookouts with Julie and Michael and their extended family and friends.

Talking to Seth there are three things you will find within a few minutes. He loves and adores his friends/family, he loves a bad joke and pun, and he seriously knows everyone in the lighting business of performing arts!  Seth has story after story of how he and his coworkers worked together through some incredible deadlines and structural challenges as a team. "I do lighting for radio." was his favorite line later in his career, really throughout it; he created that line while working the WMAL charity radiothon. Samuel Johnson once said, "The true measure of a man is how he treats someone who can do him absolutely no good." Seth Jason is a man who has lived every day of his life as his devotion to his beliefs and dedication to his friends, family, animals, community members and those he will never know how his efforts have impacted their lives with his tireless efforts.

I seriously could write page after page about Seth's character of going above and beyond to help his family, friends, and even strangers. Seth has been the absolute doting uncle to Leah and Hannah (attending dance recitals, school performances, and birthday parties and more) and proud and caring son of Larry and Carole of blessed

memory. Seth is ALWAYS front and center to make those he loves feel special, safe, and of course, have a smile or laugh with him. While it would take close to an hour to get to Julie's house or to see his parents for a visit, and he wasn't just sitting around, he could be found helping put food out, making a plate of food for his parents so they did not have to get up, moving about the room to visit with each person to share a smile and conversation. Often Seth proudly provided the bagels for gatherings that he had brought from NYC because he knew that they were favorites of the family. My now grown kids adore Seth and love having conversations with him about what's going on in their lives and discussing the latest broadway show news. Seth arranged for my family to go backstage and see the workings of EVITA on Broadway because he knew that my kids were involved in their school drama programs. On a larger scale he helped coordinate that my youngest and her friends could get a backstage tour of Cinderella on Broadway which proved to be life changing, and now my daughter works as a freelance costume designer for Broadway shows (SIX, The Play That Goes Wrong, Almost Famous, among others) and the Museum of Broadway. It was Seth who saw her name on the wall of "thank you" at the museum and quickly sent us a picture as we were not aware of the honor she had been given.

Outside of family, Seth's spare time has always been about serving others, performing true mitzvot (good deeds completed without expecting anything in return). Volunteering to encourage and raise fund for the AVON Walk For Breast Cancer for over 18 years, he was always there for walkers with an encouraging word, especially for the survivors. He was entrusted with some rather difficult and sad information because they knew he would truly listen and provide just the right words or just sit and listen without saying a thing. Every year he'd quietly spend his own money (as well as helped raise thousands for the cause) to provide things that were not covered by AVON because he knew it would make a difference. Other examples of what he considers to be of importance were evident on his social media.

While others have posted about politics, entertainment news, or silly Gifs, Seth's FB wall has only two subjects. Blind cats and info of where his adored wife Katherine would be

singing next. He and Katherine have been long time fundraisers, advocates, and fosters for a blind cat rescue. Posts regarding adoption and fundraising events were a constant. Again, dedication and positivity, that is who Seth is and how he lives. Katherine would be singing with her choir in and around where they lived, but to Seth, it might as well have been broadway. His posts about her performances always are that of someone who shares and thrives in the happiness of others. A loving, devoted, and proud husband is an understatement of who Seth is to Katherine, it is evident just by seeing them together.

In 2016 Seth chose to be trained as an officer of the Anne Arundel County Police Reserve Unit on top of having a full time job so that he could better serve the community of which he loved so dearly. His commitment to helping those in need continued and he was proud to learn of how best he could serve and while it was a demanding role, he worked hard to ensure he represented the force with justice and honor.

Seth Jason isn't just an average person, he has proven time after time that his life is committed to serving others with love and commitment. I am proud to be his friend and surrogate family member after decades of knowing him in so many capacities. In Judaism the definition of a mensch is a "person of integrity and honor", Seth Jason is indeed a mensch.

Jan ██████

March 6, 2026

Dear Mr. Murphy,

I believe I met Seth originally in 2012 at a breast cancer event.  It was my first time at this event,  I was alone and more than just a little nervous to say the least.  He went out of his way to ease my anxieties, talking to me and finding me a "buddy" to walk with. That time sparked a friendship and respect for a man that has lasted throughout the years. While I may only have seen him face to face once a year for those years, I never had a doubt in my mind that if I needed anything from him or just a kind ear to listen to my ramblings, I could call him and have my friend available.

 I have never known him to be anything short of kind, considerate and respectful.  I have personally witnessed him offer assistance to other participants with that event and offering to help with fundraising efforts of youth groups.  During these events, there were times when participants would become a little louder at different locations.  He was always able to be counted on as a cheerleader of sorts, showing  up at different locations along the routes.  That being said, he is always mindful to not be too close to any synagogues on Saturday or churches on Sunday.   While Seth is very dedicated to his Jewish faith, he always was sure to be just as respectful to those of different faith and beliefs.  I have never witnessed any disrespect to anyone that may have believed differently than him, and there were definitely a mixture of all faiths and beliefs at these events.  Several of these events were held in DC where there was never a shortage of protesters that would attempt to engage and he would always respectfully just walk away.

I would like it to be known to all that the man I know is a loving and caring man.  A man that loves his family beyond measure and treats his friends as family.  He is a man that craves peace and calm.

Please feel free to reach out to me if I can offer any type of assistance for him.

Thank you,

Gayle ███████

Dear Judge Sullivan,

Seth Jason and I met over 20 years ago. Our relationship was initially through his wife but through the years Seth and I have developed a friendship that reflects mutual respect and care. We have shared Seder's together, we have worked on theatrical productions together, been to parties together, and we have broken bread together many times. Seth is someone I care deeply about and who I feel returns that care.

Our best times together center around our mutual love of backstage work in theater. We have worked together where I am Stage Manager and Seth is Stagehand and we have reversed those roles. There is no sense of inequity in either scenario.  Seth is one of the calmest people backstage – unflappable. Lots of crazy things have happened – I always count on him and know he will come through. As a professional, he does not have to work 'for' me ever – yet he does. I've learned so much from his patient, logical, rational approach to problems that must be responded to immediately.

Seth amazes me. He cares deeply about so many things. To watch him at Blind Cat Rescue is to see gentleness embodied. He loves those animals and he does whatever needs to be done from cleaning cages and litterboxes to simply loving on them. I've seen him with his aging parents, now deceased. I've never heard him say a harsh word to either of them. He is the most hospitable person – regularly inviting people into his home for meals. I watch him at High Holidays every year. Seth is a devout Jew, and his faith is more than a name to him. He regularly demonstrates the love of G-d to everyone. No one is beneath his notice or his dignity. He is a fair man. He goes about the living of his life in a low-key fashion. At times you might not even notice what he does, but when someone is in crisis, he just quietly goes about fixing the issue because that person deserves his help. I'm often surprised that a problem I thought I had,  has been solved before I know it and, quietly; it was Seth simply doing what needed to be done.

Seth is a kind and empathetic man. Just recently, when my ceilings collapsed, and then my cat was sickened, and I was hit by another vehicle on my way home after finding out my cat had cancer two days after the ceiling collapse, Seth welcomed me into his home. He fed me a nice meal and lifted my spirits. He has donated items dozens of times to Live Arts Maryland – never asking for recompense. He volunteers at Temple ▆▆▆▆▆▆▆ He even regularly shows up for services and events at ▆▆▆▆▆ Episcopal church where his wife and I are members. If Seth sees someone in need, he doesn't think twice about filling that need. He simply is good. I never have any question that Seth Jason will be the good man. He simply cannot be – his compassion is big and he has a heart that is twice as big.

That is the truth about Seth as I know him. I wish him the best and I know that he is truly  one of the kindest, nicest, gentlest men I've ever had the pleasure to know.

Sincerely,

Phyllis ▆▆▆▆▆

April 10, 2026

To whom it may concern,

I write this letter in order to communicate my strong belief in the character of Seth Jason. I have known Seth very well for nearly twenty years as he has been connected to Temple ▮▮▮▮▮ of Arnold, MD for that time. It began in support of his wife as she sang with our choir, but slowly morphed into a deep and strong relationship which was separate from his wife's activities. And, his personal connection has only strengthened with time.

As the rabbi of Temple ▮▮▮▮▮ I have also come to know Seth on a personal level. Not just because of the various and numerous ways he has contributed to the educational programming of the Men's Club of our synagogue but also because Seth and I have spoken in many informal settings over coffee or after synagogue events on subjects ranging from the seriousness of climate change and atrocities in Ukraine to the spiritual and to the playful discussion of the Washington Nationals baseball team. And in each conversation, not only have I found Seth to be intellectually stimulating, but more importantly, emotionally appropriate.

There is a saying about clergy in that we are tasked with "comforting the afflicted and afflicting the comfortable" and so, I have been trained to bring up uncomfortable subjects with people. When talking with Seth about uncomfortable subjects, Seth's instinct has always been introspective and honest. When addressing difficult world issues, he moves to the calm and measured place. When brainstorming solutions to problems, he advocates for being gentle and quiet.

I write this letter on behalf of Seth Jason because I believe, unequivocally, in the excellence of his character. This has always been the case for me, and it will continue to be so.

With gratitude for reading,

Rabbi Ari ▮▮▮▮▮

To the Honorable Judge and legal counsel involved in this matter:

Thank you for thoughtfully considering these letters of support for Mr. Seth Jason as you deliberate the consequences he is to pay for any misguided actions he has been accused of making.

I met Seth in 1989.  I was a sophomore in the North Carolina School of the Arts lighting design program, and he was a visiting alumnus, delivering a lecture/demonstration on working in a busy lighting rental house in the Washington, DC area.  One of my classmates had worked with him in the past, and through this connection, I was invited to join them at a small gathering later that day.  Seth's enthusiasm for both our school's lighting program and for his chosen career path were infectious, and we quickly became friends.

During the next several years, Seth and I remained in contact.  I enjoyed visiting his home for gatherings with friends and listening to his stories about favorite work experiences- sometimes about putting in lighting for performances in the East Room of the White House or chasing pigeons out of the catwalks while he serviced equipment at the Wolf Trap amphitheater. I valued his advice as I navigated challenges at work as master electrician and lighting designer for various theatrical and dance companies. I especially appreciated him setting up opportunities to learn about and test cutting-edge technologies in the lighting industry.  He was always eager to help me explore new and better ways to do my jobs.

In the early 2000s, I became the lighting designer for the Ballet Theatre of Maryland.  I was excited about this new opportunity and immediately notified Seth, and his wife Katherine, that I would be taking this job, right in their neighborhood.  I lived in Virginia at the time, and Seth asked where I would be staying when I came to light the ballets.  I told him that the company would be putting me up in a hotel.  He would not hear of it and offered for me to stay in his guest room, so that the ballet company would not have to shoulder the additional cost of my housing.  Working in the arts

world himself, he knew that performing arts companies are constantly struggling with funding. He wanted to alleviate that extra expense, and also have the opportunity to spend some time together.

I've now worked with the Ballet Theatre of Maryland for over 20 years and have stayed with Seth and Katherine during the lighting of each ballet. During that time, they've become much more than friends- they are family. Together, we've celebrated each other's triumphs and mourned each other's losses.  We support each other through the most difficult of times. I'm so grateful to be a part of this chosen family.

I'm also honored to be included in Seth and Katherine's spiritual traditions. They each come from their own religious background.  Seth practices the Jewish faith, while Katherine is active in her Episcopal church. The melding of these traditions makes for some unique experiences.  I've been a part of decorating their Christmas tree each year (while I am there lighting The Nutcracker)- they say it doesn't feel like the holidays until I put the star on top.  During that time, I also see how meaningful it is for Seth to light the candles on his menorah.  I'm also happy to partake of Seth's wonderful recipies for matzoh ball soup during Passover, and challah French toast, once the Passover season is over.

At his core, Seth is a caregiver.  He is the first to step up and offer to help friends or family in need, yet is surprised and humbled when he receives the same treatment in return.  His family means everything to him, and he will do everything to make sure they are safe and well.  I was with him as each of his parents became ill and passed away.  He felt these losses deeply, and honors their memories each year, burning candles and saying prayers for them as is patterned by his Jewish faith.

Seth is a peaceful and generous man who wants nothing more than to lessen hardships for others.  He is passionate about many causes.  At breast cancer walks, he walks for his sister, wearing a cow costume to amuse and lift the spirits of fellow walkers.  He adores animals, and is not

only a wonderful cat dad, but has also served on the board of Blind Cat Rescue in North Carolina, where he often takes trips to assist with the regular operations of the rescue- leading tours and scooping litterboxes.

I think one of Seth's proudest achievements was being made an Anne Arundel County reserve officer.  He loved supporting police officers' efforts to keep his fellow citizens safe through directing traffic, ensuring pedestrian safety at community events, and helping to manage traffic at accident scenes.  His excitement for this responsibility was palpable as he prepared to go to, or returned from performing these duties.

Seth is a kind, peaceful, generous heart wrapped in a big personality, and I am thankful for having him in my life.

Sincerely,

Stacie

I first meant Seth Jason in 1999.  I had just started working with the Local Stagehands union and I got sent to the MCI center (now the Capital One Arena) for work.  Seth was the Head Electrician there.  He was so helpful to me right from our first meeting.  He seemed to like my work ethic and tried hard to inform me of upcoming work and steer me into other work opportunities.  Because of Seth I got a job working as an electrician at the Capital Concert series for Memorial Day and July 4th concerts.  Seth was instrumental on getting me on the crew for the PBS TV series of "In Performance at the White House".  Seth was the Crew Chief and Union Steward for those gigs for over 20 years and at least 5 different administrations.  Seth was held in high regard from all the staff at the White House from the Head Usher to the Secret Service agents and the Operations staff.  All of them know him and told us all the time they knew they didn't have anything to worry about when they knew Seth and his crew were coming in the White House.  Seth will do anything to make the job he is on a success.  No ask is too big or too small.



This is Seth vacuuming the carpet in the East Room stage (not his job but needed done).

I have always been in awe of Seth's tireless will to volunteer.  I first started to notice his drive to help others with his commitment to the Avon Breast Cancer walks.  He even got me involved a few times just by sharing his joy in helping others and his determination to bring hope to  anyone who has been touched by breast cancer.  I lost count of how many walks he did.  I even made him t-shirts for the walks one time.  I have never meant anyone who gets so much personal fulfillment out of helping others.



Then Seth told me about his volunteer work at Blind Cat Rescue, which he did for over a decade.  He advocated for donations on social media and on giving Tuesday every year.  His commitment to the cat rescue and his own cats is unmatched.  He brought home a feral kitten that he found by the dumpsters at work and nursed it back to health.  And it got to live its best long life with Seth and Katherine.

In his own community, Seth saw a Reserve Police Officer helping and asked if anyone could become one.  He applied and was accepted as a Reserve Officer, a job he greatly enjoyed. Honestly, it was hard for me to comprehend how he could work over 40 hours a week at a regular job and then go and be a very involved volunteer at 3 organizations, all the while helping his aging, ailing parents. He gives tireless of himself to his friends, family, and the organizations dear to his heart.

When I got married, Seth was the only work friend I invited to my wedding.  I've been there for the funeral of both of his parents.  I've seen him at his best and his worst.  He has been nothing but an amazing friend to me since the first moment I meant him.  The Seth I know in my heart is kind and generous.  He has a drive to give back, something he attributes to learning from his parents and his Jewish faith.

I consider myself lucky to count him as my friend.

Sincerely,

Wendy

I have known Seth Jason both professionally and personally for more than 15 years. I first knew Seth as a colleague at the Voice of America. He was a Television Studio and Lighting Supervisor and I was the Executive Assistant to the Voice of America Deputy Director of Operations. A major part of my responsibilities centered on getting new, recurring, and one time only shows on the air, which required close work with Seth to coordinate studio arrangements.  He was incredibly easy to work with. He was always calm, even when tempers and harsh words flew around him. He quickly and professionally supplied what was needed to get our shows on the air. Even under the pressure of last minute requests, he provided everything I needed in a timely and professional manner.

As a lighting director, he was in constant demand, especially for last minute requests which he cheerfully attended to.

Seth was especially adept and comfortable working with the many people from our more than 40 different language services ranging from Urdu, Mandarin and Persian to Swahili, Russian and Tibetan. Who you were and where you came from were not important. Seth Jason treated all his colleagues politely and calmly. His sense of humor diffused many tense situations and kept many uneasy situations from escalating out of control.

I never met one colleague at The Voice of America who didn't have pleasant and positive things to say about Seth. He was considered to be a model colleague; one who could be trusted to get the job done professionally, cheerfully and quickly.

While working with Seth we shared our thoughts and feelings about our mutual commitment to Judaism.  I think that his calm demeanor and respect toward others were in part based on his commitment to one of the primary tenents of Judaism which is to act with justice, mercy and kindness to all.

This attitude was also quite evident in Seth's work outside of the Voice of America. He was a longtime volunteer and board member at "The Blind Cat Rescue and Sanctuary," a nonprofit forever home for blind and immunocompromised cats that might otherwise have been euthanized if BCR did not take them in. Many of the volunteers prefer just sitting with the cats enjoying their peaceful companionship but before Seth would take the time to do something that would benefit himself, he attended to the cats' welfare. Through the webcams mounted throughout BCR, I've watched Seth scrub floors and walls and haul untold pounds of used kitty litter before taking a break and reaping the benefits of his hard work by relaxing with a cat or two on his lap.

 It wasn't until after I retired from VOA that I personally benefited from the humanity and generosity of Seth Jason. In 2020, I became one of the one in eight American women who are diagnosed with breast cancer each year. I knew Seth was very active in breast cancer fundraising. I had seen him dressed as "Mr. Moo Cow" a black and white Holstein cow complete with udders. He would go to breast cancer walks to cheer on participants who were raising money for breast cancer research. Seth never talked about why he did this, it was just something he did because Seth cared for people. But it wasn't until I was one who needed help that I knew how much I could count on Seth. As soon as I received my diagnosis, I asked Seth for help and he immediately put

together a group of women with whom I could talk about what to expect. I credit Seth with keeping me from spiraling into the depths of breast cancer anxiety.
Seth's caring didn't end with that mitzvah. He stood with me throughout the subsequent medical appointments, surgery and radiation needed to put me into remission. And 6 years later Seth would still check in on me to make sure I was ok.
And I'm positive he would do the same for others because of his belief in the need to help those around him.

Mimi

March 18, 2026

Dear Mr. Murphy,

I have known and worked closely with Seth Jason for more than 20 years. I am a stagehand ███████████████ in Washington DC and worked with Seth on many productions both at the White House for WETA's long-running series In Performance at the White House and at other locations for a variety of different events. I was a member of Seth's crews at first and eventually worked  closely with him as a crew chief and department head. We collaborated to ensure that the events proceeded safely and both on schedule and to the high standards of the producers.

There is something that goes beyond the word "colleague" to describe the folks with whom you spend multiple 15+ hour days in a row many times over many years. Load in feels more like a family reunion than the first day of a short gig. Seth has been a huge part of that for me for decades. His enthusiasm and care when preparing for these events was always palpable. Getting a call from him that we had another show coming up felt like getting a present.

Working with Seth was always a pleasure as well as an orderly experience. His thoughtfulness and regard for others made the jobs, which were technically demanding, long, and tiring, a joy and privilege to be a part of and I look back with sincere fondness for the times we worked together. Working with Seth often led to hearing stories of his volunteer work with the Avon Breast Cancer 3 Day walk program and getting to see photos of him as MooCow Guy in his cow costume encouraging participants throughout their events.

Later the stories became about his work with Blind Cat Rescue and his local police department as a volunteer officer for community events. It has always been clear to me that Seth cares deeply about his communities and that they in turn care deeply about him, and not just because he always remembers to text me for my birthday, but that's always been a bright spot in my years.

His consideration and thoughtfulness are two of the first things to mind when I think of Seth. I am deeply grateful that he is my friend. If there is any other way I may be of service, please let me know.

Sincerely,

Susan

Pamel

Re: Character Reference for Seth Jason

Your Honor,

My name is Pamela ▮▮▮▮   I am a retired civil servant from the DoD.  Currently employed as a call center agent.  I have been a friend of Seth Jason for 19 years.  I met Seth through the Avon walks for Breast Cancer in 2007.  From the walks our friendship grew more like family, I have spent time with him and his wife, his sister and her family and their parents.

Throughout our friendship, he has demonstrated his generous heart and sincere dedication to this cause and the thousands of participants in these events. Seth had a team of folks that would go to various spots on the walk route and cheer on the walkers and hand out water, candy and baby wipes.  This team included his whole family.  I joined the crew when I was not walking.  Time after time I would see Seth with a walker that was struggling, he talked and offered praise and encouragement and many times just an ear to listen.  I remember one walk, a woman was walking by herself, and we could tell by looking at her that she was having a rough time.  Seth took the time to walk with her a bit, he asked her why she was walking, and she told the story of her battle with breast cancer, by the time she was done they were both in tears. She stayed with us for a few minutes then continued the walk, feeling much better.

In the years I have known him he has never exhibited anything less than impeccable character.  He is a man of principal and integrity.  In the time I've known him, he never spoke poorly of anyone.  Seth would always go out of his way to help someone in need and was so generous with his time.  He is kindhearted, honest, and respectful, with the ability to see when someone is suffering, and offer help.  I have never heard him raise his voice, except in a cheer to walkers passing by.  It's not just people he is kind to; he has volunteered for years at the Blind Cat Rescue in NC and never met a dog he didn't want to pet.  I occasionally traveled with him to walks, and every time he would see a person in military uniform, or a hat depicting service, he would go out of his way to stop and thank them for their service to our country.

Seth is reliable and trustworthy and held in high regard by his friends, family and peers. I hope his true character will be considered during this sentencing.

Sincerely,

Pamela ▮▮▮▮



31 March 2026

_____

To Whom it May Concern:

Please accept this as a letter of the highest reference and support for Seth Jason.

I met Seth in the fall of 2008, when we worked on a short event tour together. It was a difficult environment, and Seth immediately took me under his wing. He maintained a sense of humor at all times, and was friendly and helpful to everyone he worked with. Every interaction demonstrated his respect for all he worked with, and I saw this professionalism continue as we worked many additional jobs together in later years. One of the things I most admire about Seth professionally is his ability to separate personal feelings from the workplace: even when he did not agree with someone on personal level, he has always offered them respect and upheld a professional environment.

Outside of work, Seth quickly became one of my best friends. He introduced me to the Avon Walks for Breast Cancer in the fall of 2009, where he had already been a longtime volunteer. He was a familiar figure to many on those walks, keeping tired spirits up and making everyone laugh. At the same time, he had a skill for finding a quiet individual who was struggling, and you might see him walk for a mile, deep in conversation with a new friend. Seth had always drawn people to him with both his boisterous personality and his quiet compassion. That compassion spread beyond humans, and Seth encouraged me to become active with cat rescues where he donated both his time and his resources. He was particularly active with the Blind Cat Rescue, but also with organizations closer to home. Seth is always willing to reach out a hand to anyone, human or animal, who needs help.

In years that I was not able to be with my own family for holidays, Seth made sure I knew that there was always a seat for me at his table. He and Katherine had me over for several Thanksgiving dinners, Christmas hang outs, and summer evenings. When I got married in 2015, Seth was a member of my bridal party. He is someone I've been happy to introduce to my family and new friends, and I plan to continue to continue to do so whenever possible.

If I can provide any additional information or clarification, please do not hesitate to reach out to me ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I want to offer the strongest support I can to Seth Jason.

Thank you,
Keri ▮▮▮▮▮▮

To: Dennis Murphy

Re: Seth Jason

March 31, 2026

Dear Mr Murphy,

I wanted to write a letter talking about my friend, Seth Jason. I've been pondering what I would put in this letter for several weeks. I'm really not sure how to adequately describe my friendship, and my support for Seth. He is a good man, and a good friend. I have known him for over 20 years. When I was first starting my career as a stagehand in Washington, DC, Seth brought me on in several of his projects. I was recommended to him, and he took a chance on me. From TV work like the democratic debates in New Hampshire in 2004, to a town hall in Texas and countless "In Performances at the White House" here in DC, Seth has been a mentor, a leader and a friend. I learned how to run a crew, and talk to the clients who hire stagehands for their projects by following his example. He also trained me in the workings of the local DC arena where he served as the house electrician for several years.

Seth is a strong supporter of many causes, and is generous with his time. He spent several years actively fundraising for breast cancer awareness and research, working with blind cat rescues and was a proud volunteer police officer. When he moved from the live event industry to VOA, he was excited to be a civil servant and loved the work he did there.

I am proud to call Seth Jason my friend. We try to have lunch when our schedules allow. We call it "wing therapy" and we have spent many hours talking life and the world at large over a basket of wings and fries. He is someone who will always show up for his friends and I can only hope that I can do half as much for him.

Sincerely,



Anita



22 April 2026

I am writing this in support of Seth Jason, who has been a friend, coworker, and associate for over 40 years. In all of that time, I have always known him to be a kind, caring, and benevolent man. I first met him when he worked at City Lights, a Washington, DC lighting rental house, where his infectious good humor and always helpful demeanor were invaluable assets. He came to work for me in my previous company, TTF Lighting, where we first went to Pigeon Forge TN to tape a Dolly Parton Christmas special. We went on to work together on many, many more television specials, including the All-Star Tribute to the Troops at Andrews Air Force Base in 1992, where he was an invaluable asset, as well several ABC news specials with Peter Jennings.

To comment on his community involvement, I must address it as I know it, which is concomitant with the person I know. Seth has been an assiduous participant in community service for as long as I have known him. He has been a volunteer at his synagogue for many years, working with his parents and caring for them in their retirement. He has been a sergeant in the Anne Arundel Reserve Officers unit for over a decade. He has been very proud of this service as well as his service as a greeter at Thurgood Marshall BWI airport. He has also been a long-time volunteer at the Blind Cat Rescue & Sanctuary in North Carolina. He is involved in the community of Edgewater where he lives, assisting his neighbors during weather and other disasters.

I return to where I know him best, our professional collaboration. He has always been the person upon whom I depended to make local labor relations smooth on such events as "Spirit of America" (an arena show for the Military District of Washington). He was always the voice of moderation, which was a result of his years as a member of Local 22 of the International Alliance of Stage Employees and head electrician at the Verizon Center (yet another branding of the arena built by Abe Pollin) where he was always the person sought out by visiting crews because of his always effervescent, positive, and can-do personality.

I was immensely gratified that, after 5 years of independent contractor status as a lighting professional at Voice of America, he was hired as a GS employee, where he has been an exemplary department head for fourteen years. He has led his department with expected professionalism. Both his managerial and lighting design capabilities have been outstanding. He retired in March of 2025



when it was obvious that VOA, as it was constituted, would no longer be the organization he had worked for.

I must also address his extensive career as lighting crew chief for the PBS series, "In Performance at the White House," which goes back three decades. His rapport with successive Chief Ushers, beginning with Gary Walters (with whom I also had a good rapport), was a thing to behold. The White House staff knew that, with Seth in charge, everything from a labor aspect would be well coordinated.

In summary, I can only add my complete support of Seth Jason, an exemplary person who, in the opinion of someone who has known him for many years, should not be capable of anything detrimental to another person.

Sincerely yours,



Russell ▮▮▮▮▮

▮▮▮▮▮

April 2026


To Whom It May Concern:

I have known Seth Jason for Thirty Seven Years.  Our first meeting was on a professional basis as he was a member of a lighting equipment company.  As the years progressed we were interfacing on a regular basis in my role as Senior Lighting Director for WETA-TV and later as my role as a Television Lighting Consultant.   That regular professional interchange was the catalyst for the development of a good friendship whose richness expanded into the lives and events of our families.

There is nothing like the pressures of live teleproduction to take the measure of a man. Seth and I worked together many many times at the White House, Capital Fourth and Memorial Day concerts at the Capital. Those very important live television events require the ability to keep cool, find a solution and get it done. When the head usher of the White House had a problem with an issue related to our TV production, Seth was the person we relied on to find a solution to the situation. Seth's warm outgoing professional attitude allowed him to develop a positive relationship with all of the related White House departments; he was the interface for our projects and that of the majority of other White House Television productions

I remember receiving a phone call from a mutual acquaintance about Seth's legal situation, we were astonished with the published allegation!  It had to be wrong; it did not associate with Seth, the man I have come to know and trust. It simply did not identify with the man I had spent hundreds of hours with. My immediate family members and every one else I communicated with had similar if not the same reaction, "that cannot be right, that is not Seth!"

Seth is a man who cares. Time after time I would hear from someone referencing a personal phone call or messages to check in or in response to a rumored personal challenge.
Over the years I have been the recipient of several heartfelt messages from Seth checking in on my personal situation.  That sincere caring marks the depth of the man.

There are times in our lives when we need to reach out for help.  For me there is a very small number of individuals that I know who would respond to such a request.
I know from the depth of my soul that Seth Jason is one of those very select few.


Submitted Respectfully

Daniel

3/19/2026

To whom it may concern:

I met Seth in college at the North Carolina School of the Arts and instantly knew he was someone I could count on. We lived across the hall from each other and no matter what was going on, he was always there to help out with whatever was needed. He and I both love to talk and that made for an instant friendship. I consider him family. In fact, my husband and I drove 6 hours one way to help surprise him for his 50th birthday.

I graduated in 1985 and we have remained friends all this time. I have known Seth to be hardworking, loyal to family and friends and of good character. Never have I seen any indication that he is violent or that he would ever hurt anyone. In fact, back in college, I have witnessed him as a peacemaker, diffusing situations that could become a bit messy. I have seen him go to bat for a faculty member that he felt was fired unfairly in a peaceful and organized manner.

I have known Seth to be respectful of his elders, his superiors and his teachers in college, some of whom have even remained friends with him even after he graduated.

I have worked with him at the Blind Cat Rescue where he volunteers cleaning and just loving on the cats. He is so gentle and loving with each kitty there. I have been with him when he was dressed as a cow at the Avon Breast Cancer walks cheering on walkers and being supportive of survivors. Much appreciated since I am a breast cancer survivor myself. He did many, many Avon Breast Cancer walks helping to raise money to fight breast cancer as it affected not only his family, but friends as well.

Seth is someone I know will always be there for me and not just me, but anyone who needs him. I will always be there for him and Katherine and support them with anything they need.


Sincerely,


_Susan_

Dear Mr. Murphy,

I'm writing to you about my friend Seth Jason.  I've known Seth since 1982. We met as college students attending the North Carolina School of The Arts, now known as UNCSA. Seth was a Technical Direction major and I was a Lighting Design major.  We graduated together in 1986. As is typical of most college relationships, some friends lose contact while others remain intact. My relationship with Seth has remained intact. We've kept each other up to date on what's happening with our families whether it be deaths, births, marriages and everything in between. I'd always make it a point to visit him while in the D.C area, usually when I came through town on tour with a show. While in college, I got to know Seth's family: His parents Larry and Carole and his sister Julie.  His family opened their home to 4 or 5 of us students to spend Thanksgiving with them one year.  It was amazing.  They treated all of us as if we were part of their family.  This value was passed down to Seth in that everyone he encountered at school, he made them feel welcomed and would do anything to help anyone.  I can't count the number of times Seth went out of his way to help someone who needed help, sometimes without being asked to help. He would alter his own schedule or plans to help someone else without batting an eye.  Everyone, and I mean everyone on campus, freshman through senior, knew who Seth Jason was and how friendly, supportive and caring he was. You could always tell he was in the room by his laugh!

Seth is a generous, friendly and outgoing person and has always been like that.  He is passionate about his work and has always strived to do the best job he could and make a difference.  I've never known him to be malicious or vindictive to anyone, which is why I find it so difficult to believe the things he's been charged with having done.

Seth will always be my friend and have my support.  He and his wife Katherine have built a wonderful life together and have supported each other. While Seth may disagree with someone's opinion, he's too caring, generous and respectful of people to wish harm on anyone. I hope this helps shed some light on my relationship with Seth and how well I know him.  We've been friends for over 40 years.  Seth is a good person and is not the man the charges make him out to be.

Please let me know if I can provide any more info. I can't thank you enough for defending my friend.

Kevin